**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**TRENTON DIVISION**

IN RE:                                                        Case No. 25-17716-CMG
                                                               Chapter 13

Robin Rene Fowler-Mirabeau

Debtor(s).

## NOTICE OF APPEARANCE

**Real Time Resolutions, Inc. as agent for RRA CP Opportunity Trust 1**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Steven K. Eisenberg, Esquire**
**Stern & Eisenberg, PC**
**1581 Main Street, Ste. 200**
**The Shops at Valley Square**
**Warrington, PA 18976**

By:   /s/ Steven K. Eisenberg
Steven K. Eisenberg, Esquire
Bar No: 009221995
Stern & Eisenberg, PC
1581 Main Street, Ste. 200
The Shops at Valley Square
Warrington, PA 18976
Phone: 215-572-8111
Fax: 215-572-5025
seisenberg@sterneisenberg.com
Attorney for Creditor

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 15th day of September, 2025, to the following:

Candyce IIene Smith-Sklar
Law Offices of Sklar Smith-Sklar
1901 North Olden Avenue
Ewing Prosfessional Park
Suite 22
Ewing, NJ 08618
mail@niplaw.com
***Attorney for Debtor(s)***


Albert Russo
CN 4853
Trenton, NJ 08650-4853
docs@russotrustee.com
***Chapter 13 Trustee***


U.S. Trustee
Office of the US Trustee
One Newark Center
Ste 2100
Newark, NJ 07102
ustpregion03.ne.ecf@usdoj.gov
***U.S. Trustee***


and by standard first class mail postage prepaid to:

Robin Rene Fowler-Mirabeau
189 Hollowbrook Drive
Trenton, NJ 08638

***Debtor(s)***


                                                      By:      /s/ Steven K. Eisenberg
                                                                            Steven K. Eisenberg, Esquire