UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esq.
KML Law Group, P.C.
700 Market Street
Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
The Bank of New York Mellon, et al.

In Re:

Robin Rene Fowler-Mirabeau,

Debtor.

Case No.:      25-17716-CMG

Chapter:      13

Hearing Date:      10/15/2025

Judge:      Gravelle

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled        ☐ Withdrawn

Matter:  Secured Creditor's Objection to Confirmation (Docket # 23)

Date: 10/08/2025

/s/ Denise Carlon
Signature

*rev.8/1/15*