**MEI APPRAISAL COMPANY, LLC**

16 CHICORY LANE, PENNINGTON, NJ 08534

File No. 189 Hollowbrook Drive

## APPRAISAL OF



SINGLE FAMILY HOUSE

## LOCATED AT:

189 Hollowbrook Dr
Ewing Township, NJ  08638

## FOR:

Candyce Sklar-Smith
1901 N. Olden Avenue, Sutie 22
Ewing, NJ, 08618

## BORROWER:

n/a

## AS OF:

September 26, 2025

## BY:

Michael Ehrenberg, 42 RG00018300, ASA

# MEI APPRAISAL COMPANY, LLC

16 CHICORY LANE, PENNINGTON, NJ 08534

File No. **189 Hollowbrook Driv**

09/27/2025

Candyce Sklar-Smith
1901 N. Olden Avenue, Sutie 22
Ewing, NJ, 08618

File Number:   189 Hollowbrook Drive

In accordance with your request, I have appraised the real property at:

189 Hollowbrook Dr
Ewing Township, NJ  08638

The purpose of this appraisal is to develop an opinion of the market value of the subject property, as improved. The property rights appraised are the fee simple interest in the site and improvements.

In my opinion, the market value of the property as of   September 26, 2025                    is:

$270,000
Two Hundred Seventy Thousand  Dollars

The attached report contains the description, analysis and supportive data for the conclusions, final opinion of value, descriptive photographs, limiting conditions and appropriate certifications.

Michael Ehrenberg, 42 RG00018300, ASA

# Uniform Residential Appraisal Report

File No. **189 Hollowbrook Drive**

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

## SUBJECT

| | | | |
|---|---|---|---|
| Property Address **189 Hollowbrook Dr** | City **Ewing Township** | State **NJ** | Zip Code **08638** |
| Borrower **n/a** | Owner of Public Record **Robin R Fowler** | | County **Mercer** |

Legal Description **Block 00548 Lot 00004, Tax Map of Ewing Township**

| | | |
|---|---|---|
| Assessor's Parcel # **02-00548-00004** | Tax Year **2024** | R.E. Taxes $ **6,516** |
| Neighborhood Name **Ewing Township** | Map Reference **Map Point** | Census Tract **0035.00** |

Occupant [X] Owner [ ] Tenant [ ] Vacant   Special Assessments $ **None**   [ ] PUD   HOA $ **0.00** [ ] per year [ ] per month

Property Rights Appraised [X] Fee Simple [ ] Leasehold [ ] Other (describe)

Assignment Type [ ] Purchase Transaction [ ] Refinance Transaction [X] Other (describe) **In conjunction with a bankruptcy**

Lender/Client **Candyce Sklar-Smith**   Address **1901 N. Olden Avenue, Sutie 22, Ewing, NJ 08618**

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? [ ] Yes [X] No

Report data source(s) used, offering price(s), and date(s). **TAX RECORD, MLS, OWNER INTERVIEW**

## CONTRACT

I [ ] did [ ] did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.

Contract Price $ _____ Date of Contract _____ Is the property seller the owner of public record? [ ] Yes [ ] No  Data Source(s) _____

Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? [ ] Yes [ ] No
If Yes, report the total dollar amount and describe the items to be paid. _____

## NEIGHBORHOOD

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | | | One-Unit Housing Trends | | | One-Unit Housing | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|---|
| Location | [ ] Urban | [X] Suburban [ ] Rural | Property Values | [ ] Increasing | [X] Stable [ ] Declining | PRICE | AGE | One-Unit | 100 % |
| Built-Up | [X] Over 75% | [ ] 25-75% [ ] Under 25% | Demand/Supply | [ ] Shortage | [X] In Balance [ ] Over Supply | $(000) | (yrs) | 2-4 Unit | % |
| Growth | [ ] Rapid | [X] Stable [ ] Slow | Marketing Time | [X] Under 3 mths | [ ] 3-6 mths [ ] Over 6 mths | 200 Low | 35 | Multi-Family | % |

Neighborhood Boundaries **GREEN LN TO THE NORTH, EWINGVILLE RD TO THE EAST, PARKSIDE AVE TO THE SOUTH AND PENNINGTON RD TO THE WEST.**

| | | | |
|---|---|---|---|
| | | 600 High | 95 Commercial % |
| | | 350 Pred. | 65 Other % |

Neighborhood Description **See addendum**

Market Conditions (including support for the above conclusions) **Mortgage Interest Rates are hovering above 7% which has slowed some markets in the area and inventories are slowing increasing. According to InfoSparks, there has no appreciation in this market from 3/25 to present.**

## SITE

| | | | |
|---|---|---|---|
| Dimensions **80'X135'** | Area **10800 Sq.Ft.** | Shape **RECTANGULAR** | View **Residential** |

Specific Zoning Classification **R-2**   Zoning Description **Single Family Residential (min lot size 12,100 sf )**

Zoning Compliance [ ] Legal [X] Legal Nonconforming (Grandfathered Use) [ ] No Zoning [ ] Illegal (describe) **SEE ADDENDUM**

Is the highest and best use of the subject property as improved (or as proposed per plans and specifications) the present use? [X] Yes [ ] No  If No, describe. _____

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements—Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | [X] | | Water | [X] | | Street **Asphalt** | [X] | |
| Gas | [X] | | Sanitary Sewer | [X] | | Alley **None** | | |

FEMA Special Flood Hazard Area [ ] Yes [X] No   FEMA Flood Zone **X**   FEMA Map # **34021C0119F**   FEMA Map Date **07/20/2016**

Are the utilities and off-site improvements typical for the market area? [X] Yes [ ] No  If No, describe. _____

Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? [X] Yes [ ] No  If Yes, describe. _____

## IMPROVEMENTS

| GENERAL DESCRIPTION | FOUNDATION | EXTERIOR DESCRIPTION  materials/condition | INTERIOR  materials/condition |
|---|---|---|---|
| Units [X] One [ ] One with Accessory Unit | [X] Concrete Slab [ ] Crawl Space | Foundation Walls **Concrete/Avg** | Floors **Hardwood/Fair** |
| # of Stories | [ ] Full Basement [ ] Partial Basement | Exterior Walls **Vinyl/Brick/Fair** | Walls **Paint/Avg** |
| Type [X] Det. [ ] Att. [ ] S-Det./End Unit | Basement Area **1264** sq. ft. | Roof Surface **Asphalt/Avg** | Trim/Finish **Stained/Avg** |
| [X] Existing [ ] Proposed [ ] Under Const. | Basement Finish **0** % | Gutters & Downspouts **Aluminium/Avg** | Bath Floor **Tile/Avg** |
| Design (Style) **Ranch** | [ ] Outside Entry/Exit [ ] Sump Pump | Window Type **Wd D. H./Avg** | Bath Wainscot **Tile/Fair** |
| Year Built **1960** | Evidence of [ ] Infestation | Storm Sash/Insulated **Yes/Yes/Avg** | Car Storage [ ] None |
| Effective Age (Yrs) **35** | [ ] Dampness [ ] Settlement | Screens **Yes/Yes/Avg** | [X] Driveway  # of Cars  **1** |
| Attic [ ] [X] None | Heating [X] FWA [ ] HWBB [ ] Radiant | Amenities | Driveway Surface **Asphalt** |
| [ ] Drop Stair [ ] Stairs | [ ] Other Fuel **Gas** | [ ] Fireplace(s) # **0** [ ] Fence **None** | [X] Garage  # of Cars  **1** |
| [ ] Floor [ ] Scuttle | Cooling [X] Central Air Conditioning | [ ] Patio/Deck **None** [ ] Porch **None** | [ ] Carport  # of Cars  **0** |
| [ ] Finished [ ] Heated | [ ] Individual [ ] Other | [ ] Pool **None** [ ] Other **None** | [X] Att. [ ] Det. [ ] Built-in |

Appliances [X] Refrigerator [X] Range/Oven [ ] Dishwasher [ ] Disposal [ ] Microwave [ ] Washer/Dryer [ ] Other (describe)

Finished area **above** grade contains: **5** Rooms **3** Bedrooms **1.1** Bath(s) **1,125** Square Feet of Gross Living Area Above Grade

Additional features (special energy efficient items, etc.). **laminated kitchen countertops.**

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.). **The subject is in fair condition. Owner reported a sewage backup issue in the basement. The full bath has damaged tiles in the shower. Appraiser noted potential mold at the Kitchen ceiling and basement walls. Electrical panel does not appear to be to code. Kitchen and bathrooms are original and outdated. Driveway is cracked and needs repair**

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? [X] Yes [ ] No  If Yes, describe. **We recommend a home inspector to determine if there is mold in the property and if electrical box is a hazard, Additionally, the brick exterior is cracking and needs a qualified inspector to determine the cause.**

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? [ ] Yes [X] No  If No, describe. _____

# Uniform Residential Appraisal Report

File No.  189 Hollowbrook Drive

There are _____ comparable properties currently offered for sale in the subject neighborhood ranging in price from $ _____ to $ _____ .

There are _____ comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ _____ to $ _____ .

| FEATURE | SUBJECT | COMPARABLE SALE NO. 1 | | COMPARABLE SALE NO. 2 | | COMPARABLE SALE NO. 3 | |
|---|---|---|---|---|---|---|---|
| Address | 189 Hollowbrook Dr Ewing Township, NJ 08638 | 2 Dorset Dr Ewing Township, NJ 08638 | | 3 Duke St Ewing Township, NJ 08618 | | 1700 Fifth St Ewing, NJ 08638 | |
| Proximity to Subject | | 0.98 miles NW | | 1.52 miles NW | | 0.97 miles SE | |
| Sale Price | $ | | $ 280,000 | | $ 300,000 | | $ 260,000 |
| Sale Price/Gross Liv. Area | $ 0.00 sq. ft. | $ 204.68 sq. ft. | | $ 189.87 sq. ft. | | $ 202.97 sq. ft. | |
| Data Source(s) | | BMLS#NJME2053736;DOM 62 | | BMLS#NJME2055572;DOM 13 | | BMLS#NJME2056310;DOM 10 | |
| Verification Source(s) | | VitalGov/Real Quest | | VitalGov/Real Quest | | VitalGov/Real Quest | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sale or Financing Concessions | | Conventional None noted | | Conventional None noted | | FHA None noted | |
| Date of Sale/Time | | 07/07/2025 | | 05/02/2025 | | 05/02/2025 | |
| Location | Average | Average | | Average | | Average | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 10800 Sq.Ft. | 11300 Sq.Ft. | | 7639 Sq.Ft. | | 9540 Sq.Ft. | |
| View | Residential | Residential | | Residential | | Industrial/Inf | 10,000 |
| Design (Style) | Ranch | Bungalow | | Split-Level | | Cape Cod | |
| Quality of Construction | Average | Average | | Average | | Average | |
| Actual Age | 65 Years | 70 Years | | 70 Years | | 85 Years | |
| Condition | Fair | Fair | | Fair | | Average | -20,000 |
| Above Grade | Total 5 Bdrms. 3 Baths 1.1 | Total 5 Bdrms. 3 Baths 1.1 | | Total 7 Bdrms. 3 Baths 1.1 | | Total 4 Bdrms. 2 Baths 1.0 | 3,500 |
| Room Count | | | | | | | |
| Gross Living Area | 90.00 1,125 sq. ft. | 1,368 sq. ft. | -22,000 | 1,580 sq. ft. | -41,000 | 1,281 sq. ft. | -14,000 |
| Basement & Finished Rooms Below Grade | 1264 Sq.Ft. Unfinished | None None | 20,000 | None None | 20,000 | Full Unfinished | |
| Functional Utility | Average | Average | | Average | | Inferior (2 bed) | 10,000 |
| Heating/Cooling | FWA/CAC | HWBB/Wall | 7,500 | FWA/CAC | | FWA/CAC | |
| Energy Efficient Items | None | None | | None | | None | |
| Garage/Carport | 1 Car Garage | 2 Car Driveway | 5,000 | 1 Car Garage | | 4 Car Driveway | 5,000 |
| Porch/Patio/Deck | None | None | | Deck | -2,500 | None | |
| Other | None | None | | None | | None | |
| Other | None | None | | None | | None | |
| Other | None | Updated Kit/Bath | -10,000 | None | | None | |
| Net Adjustment (Total) | | [X] +  [ ] - $ | 500 | [ ] +  [X] - $ | 23,500 | [ ] +  [X] - $ | 5,500 |
| Adjusted Sale Price of Comparables | | Net Adj. 0.2% Gross Adj. 23.0% $ | 280,500 | Net Adj. -7.8% Gross Adj. 21.2% $ | 276,500 | Net Adj. -2.1% Gross Adj. 24.0% $ | 254,500 |

I [X] did [ ] did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research [ ] did [X] did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data source(s)  NJ Tax Records

My research [ ] did [X] did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data source(s)  NJ Tax Records

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE NO. 1 | COMPARABLE SALE NO. 2 | COMPARABLE SALE NO. 3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | | | |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | Tax Record/Vital Gov | Tax Record/Vital Gov | Tax Record/Vital Gov | Tax Record/Vital Gov |
| Effective Date of Data Source(s) | 09/26/2025 | 09/26/2025 | 09/26/2025 | 09/26/2025 |

Analysis of prior sale or transfer history of the subject property and comparable sales    No prior sale of the subject WITHIN the past 3 years . The comparable sales have not sold within the past 12 months.

Summary of Sales Comparison Approach.  The subject and comparable sales are located in similar neighborhoods of Ewing Township.  All sales in this report are considered to be the most similar and best available. Adjustments to the comparables are based upon market reaction to the differences. Square footages ofcomparables have been based upon tax assessors records and adjusted at $90 per square foot based on The Solomon Calculator. Appraiser chose Sales 1, 2 and 5 which were in similar "fair" condition to the subject property. Most emphasis placed on Sales 1, 2  3 and 4 with support from remaining sales..

Indicated Value by Sales Comparison Approach $ 270,000

Indicated Value by:  Sales Comparison Approach $270,000    Cost Approach (if developed) $ 0    Income Approach (if developed) $ 0
Due to a lack of residential rentals and a reliable GRM data, an income approach was not performed.

This appraisal is made  [X] "as is,"  [ ] subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, [ ] subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or  [ ] subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $  270,000
as of  09/26/2025 , which is the date of inspection and the effective date of this appraisal.

Freddie Mac Form 70 March 2005                    Produced using ACI software, 800.234.8727 www.aciweb.com                    Fannie Mae Form 1004 March 2005
Page 2 of 6                                                                                                        1004_05.090909

MEI Appraisal Group

# Uniform Residential Appraisal Report

File No. **189 Hollowbrook Drive**

**ADDITIONAL COMMENTS**

---

## COST APPROACH TO VALUE (not required by Fannie Mae)

Provide adequate information for the lender/client to replicate the below cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)    **Cost Approach was not utilized due to the older age of the dwelling and subjectivity of estimating depreciation and repairs.**

| | | |
|---|---|---|
| ☐ ESTIMATED  ☐ REPRODUCTION OR  ☐ REPLACEMENT COST NEW | OPINION OF SITE VALUE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . = $ | |
| Source of cost data | Dwelling  **1,125** Sq. Ft. @ $  . . . . . . . . . . . . = $ | 0 |
| Quality rating from cost service          Effective date of cost data | **Bsmt: 1264** Sq. Ft. @ $  . . . . . . . . . . . . = $ | 0 |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | Garage/Carport **220** Sq. Ft. @ $  . . . . . . . . . . . . = $ | 0 |
| | Total Estimate of Cost-New  . . . . . . . . . . . . = $ | 0 |
| | Less  **100** Physical  Functional  External | |
| | Depreciation  **$0**  = $ ( | 0) |
| | Depreciated Cost of Improvements . . . . . . . . . . . . . . . . . . . . . . . . = $ | 0 |
| | "As-is" Value of Site Improvements . . . . . . . . . . . . . . . . . . . . . . = $ | |
| Estimated Remaining Economic Life (HUD and VA only)  **65** Years | INDICATED VALUE BY COST APPROACH . . . . . . . . . . . . . . . . . . . = $ | 0 |

## INCOME APPROACH TO VALUE (not required by Fannie Mae)

Estimated Monthly Market Rent $             X Gross Rent Multiplier  **N/A** = $           **0** Indicated Value by Income Approach

Summary of Income Approach (including support for market rent and GRM)

## PROJECT INFORMATION FOR PUDs (if applicable)

Is the developer/builder in control of the Homeowners' Association (HOA)?  ☐ Yes ☐ No   Unit type(s)  ☐ Detached  ☐ Attached

Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.

Legal name of project

Total number of phases             Total number of units             Total number of units sold

Total number of units rented             Total number of units for sale             Data source(s)

Was the project created by the conversion of an existing building(s) into a PUD?  ☐ Yes ☐ No   If Yes, date of conversion.

Does the project contain any multi-dwelling units?  ☐ Yes ☐ No   Data source(s)

Are the units, common elements, and recreation facilities complete?  ☐ Yes ☐ No   If No, describe the status of completion.

Are the common elements leased to or by the Homeowners' Association?  ☐ Yes ☐ No   If Yes, describe the rental terms and options.

Describe common elements and recreational facilities.

MEI APPRAISAL COMPANY, LLC

## Uniform Residential Appraisal Report

File No. 189 Hollowbrook Drive

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

**SCOPE OF WORK:** The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

**INTENDED USE:** The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

**INTENDED USER:** The intended user of this appraisal report is the lender/client.

**DEFINITION OF MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

**STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:** The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing this appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

MEI APPRAISAL COMPANY, LLC

## Uniform Residential Appraisal Report

File No. 189 Hollowbrook Drive

**APPRAISER'S CERTIFICATION:** The Appraiser certifies and agrees that:

1.  I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2.  I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3.  I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4.  I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5.  I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6.  I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7.  I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8.  I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9.  I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

MEI APPRAISAL COMPANY, LLC

## Uniform Residential Appraisal Report

File No. 189 Hollowbrook Drive

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

**SUPERVISORY APPRAISER'S CERTIFICATION:** The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if  a paper version of this appraisal report were delivered containing my original hand written signature.

**APPRAISER**

Signature _Michael G. Ehrenberg_
Name Michael Ehrenberg, 42 RG00018300, ASA
Company Name MEI Appraisal Company
Company Address 16 Chicory Lane
 Pennington, NJ 08534
Telephone Number 609-638-5399
Email Address meiappraisal@comcast.net
Date of Signature and Report 09/28/2025
Effective Date of Appraisal 09/26/2025
State Certification # 42RG00018300
or State License # 
or Other (describe) _____ State # _____
State NJ
Expiration Date of Certification or License 12/31/2025

ADDRESS OF PROPERTY APPRAISED
189 Hollowbrook Dr
Ewing Township, NJ  08638

APPRAISED VALUE OF SUBJECT PROPERTY $ 270,000

LENDER/CLIENT
Name _____
Company Name Candyce Sklar-Smith
Company Address 1901 N. Olden Avenue, Sutie 22
Ewing, NJ 08618
Email Address _____

**SUPERVISORY APPRAISER (ONLY IF REQUIRED)**

Signature _____
Name _____
Company Name _____
Company Address _____
_____
Telephone Number _____
Email Address _____
Date of Signature _____
State Certification # _____
or State License # _____
State _____
Expiration Date of Certification or License _____

SUBJECT PROPERTY
☐ Did not inspect subject property
☐ Did inspect exterior of subject property from street
  Date of Inspection _____
☐ Did inspect interior and exterior of subject property
  Date of Inspection _____

COMPARABLE SALES
☐ Did not inspect exterior of comparable sales from street
☐ Did inspect exterior of comparable sales from street
  Date of Inspection _____

MEI Appraisal Group

## Uniform Residential Appraisal Report

File No. 189 Hollowbrook Drive

| FEATURE | SUBJECT | COMPARABLE SALE NO. 4 | | COMPARABLE SALE NO. 5 | | COMPARABLE SALE NO. 6 | |
|---|---|---|---|---|---|---|---|
| Address | 189 Hollowbrook Dr Ewing Township, NJ 08638 | 11 Kern Ave Ewing, NJ 08638 | | 41 Braeburn Dr Ewing, NJ 08638 | | 107 Hawthorne Ave Ewing, NJ 08638 | |
| Proximity to Subject | | 0.68 miles SW | | 0.63 miles SW | | 0.40 miles SW | |
| Sale Price | $ | | $ 309,900 | | $ 267,201 | | $ 274,900 |
| Sale Price/Gross Liv. Area | $ 0.00 sq. ft. | $ 211.68 sq. ft. | | $ 190.31 sq. ft. | | $ 231.01 sq. ft. | |
| Data Source(s) | | BMLS#NJME2053860;DOM 46 | | BMLS#NJME2052592;DOM 79 | | BMLS#NJME2064772;DOM 21 | |
| Verification Source(s) | | VitalGov/Real Quest | | VitalGov/Real Quest | | VitalGov/Real Quest | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sale or Financing Concessions | | Conventional None noted | | Cash None noted | | Listing None noted | |
| Date of Sale/Time | | 04/30/2025 | | 05/12/2025 | | Active | |
| Location | Average | Average | | Average | | Average | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 10800 Sq.Ft. | 5000 Sq.Ft. | | 4324 Sq.Ft. | | 12197 Sq.Ft. | |
| View | Residential | Residential | | Residential | | Residential | |
| Design (Style) | Ranch | Traditional | | Cape Cod | | Bungalow | |
| Quality of Construction | Average | Average | | Average | | Average | |
| Actual Age | 65 Years | 95 Years | | 68 Years | | 89 Years | |
| Condition | Fair | Average | -20,000 | Fair | | Average+ | -30,000 |
| Above Grade Room Count | Total 5  Bdrms. 3  Baths 1.1 | Total 7  Bdrms. 4  Baths 2.0 | -3,500 | Total 5  Bdrms. 2  Baths 1.0 | 3,500 | Total 5  Bdrms. 2  Baths 1.0 | 3,500 |
| Gross Living Area | 90.00  1,125 sq. ft. | 1,464 sq. ft. | -31,000 | 1,404 sq. ft. | -25,000 | 1,190 sq. ft. | -6,000 |
| Basement & Finished Rooms Below Grade | 1264 Sq.Ft. Unfinished | Full Unfinished | | None None | 20,000 | Full Unfinished | |
| Functional Utility | Average | Average | | Inferior (2 bed) | 15,000 | Inferior (2 bed) | 15,000 |
| Heating/Cooling | FWA/CAC | FWA/CAC | | HWBB/None | 5,000 | HW/Wall | 5,000 |
| Energy Efficient Items | None | None | | None | | None | |
| Garage/Carport | 1 Car Garage | 2 Car Driveway | 5,000 | 2 Car Driveway | 5,000 | 3 Car Driveway | 5,000 |
| Porch/Patio/Deck | None | None | | None | | None | |
| Other | None | None | | None | | None | |
| Other | None | None | | None | | None | |
| Other | None | Updated Kit/bth | -10,000 | None | | Updated kit/Bth | -10,000 |
| Net Adjustment (Total) | | ☐ +  ☒ - $ | 59,500 | ☒ +  ☐ - $ | 23,500 | ☐ +  ☒ - $ | 17,500 |
| Adjusted Sale Price of Comparables | | Net Adj. -19.2% Gross Adj. 22.4% $ | 250,400 | Net Adj. 8.8% Gross Adj. 27.5% $ | 290,701 | Net Adj. -6.4% Gross Adj. 27.1% $ | 257,400 |

| ITEM | SUBJECT | COMPARABLE SALE NO. 4 | COMPARABLE SALE NO. 5 | COMPARABLE SALE NO. 6 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | | | |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | Tax Record/Vital Gov | Tax Record/Vital Gov | Tax Record/Vital Gov | Tax Record/Vital Gov |
| Effective Date of Data Source(s) | 09/26/2025 | 09/26/2025 | 09/26/2025 | 09/26/2025 |

Summary of Sales Comparison Approach

*SALES COMPARISON APPROACH*

| | |
|---|---|
| Borrower: n/a | File No.: 189 Hollowbrook Drive |
| Property Address: 189 Hollowbrook Dr | Case No.: |
| City: Ewing Township | State: NJ | Zip: 08638 |
| Lender: Candyce Sklar-Smith | |

## ADDENDUM

THE PURPOSE OF THE APPRAISAL IS TO GIVE AN OPINION OF THE SUBJECT'S MARKET VALUE AS DEFINED HEREIN.
MARKET VALUE IS THE CASH VALUE OF A PROPERTY TO A WELL-INFORMED BUYER IN AN OPEN MARKET, OR THE MOST PROBABLE PRICE A PROPERTY SHOULD BRING IN A COMPETITIVE AND OPEN MARKET UNDER ALL CONDITIONS REQUISITE TO A FAIR SALE, WITH THE BUYER AND SELLER EACH ACTING PRUDENTLY AND KNOWLEDGABLY, AND ASSUMING THE PRICE IS NOT AFFECTED BY UNDUE STIMULUS.
FOR THE PURPOSE OF THIS REPORT, THE SOURCE FOR THE DEFINITION OF MARKET VALUE IS FROM REGULATIONS PUBLISHED BY FEDERAL REGULATORY AGENCIES PURSUANT TO TITLE XI OF THE FEDERAL INSTITUTIONS REFORM, RECOVERY, AND ENFORCEMENT ACT OF 1989.
 THIS REPORT IS INTENDED FOR USE ONLY BY THE CLIENT.  ANY OTHER. USE OF THIS REPORT BY OTHERS IS NOT INTENDED BY THE APPRAISER.
THIS APPRAISAL IS NOT TO BE CONSIDERED A HOME INSPECTION.
THIS APPRAISAL IS TO BE UTILIZED IN CONJUNCTION WITH A BANKRUPTCY PROCEEDING.

THE CLIENT IS THE OWNER, THEIR ATTORNEY AND THE COURT

THIS IS A CURRENT MARKET VALUE APPRAISAL

BASEMENT SQUARE FOOTAGES ARE ESTIMATES ARE LOCAL ASSESSORS ARE PART TIME AND TYPICALLY WITH PUBLIC RECORD REQUEST IN NJ THERE IS A 7-10 DAY WAITING PERIOD.

THE SUBJECT IS LOCATED IN A RESIDENTIAL NEIGHBORHOOD IN EWING TOWNSHIP. IT IS IN CLOSE PROXIMITY TO SCHOOLS, HOUSES OF WORSHIP, LOCAL SHOPPING AND MAJOR HIGHWAYS SUCH AS ROUTE 31.
**Highest and Best Use**
THE SUBJECT'S HIGHEST AND BEST USE IS "AS IS". THE SITE AS IMPROVED IS PHYSICALLY POSSIBLE, FINANCIALLY FEASIBLE, LEGALLY PERMISSIBLE AND MAXIMALLY PRODUCTIVE
**Site Comments**
NO ADVERSE EASEMENTS NOR ENCROACHMENTS NOTED AT THE TIME OF INSPECTION. THERE ARE NO ADVERSE SITE CONDITIONS NOTED.

AFTER ADJUSTMENTS, THE SALES USED INDICATE A REASONABLE RANGE OF VALUE FOR THIS PRICE RANGE. THE FINAL VALUE ESTIMATE OF THE SUBJECT IS CONSIDERED SUPPORTABLE BASED ON BOTH THE SALES PRICES AND THE ADJUSTED SALES PRICES.

ALL COMPARABLE SALES WERE CONSIDERED IN ESTIMATING A FAIR MARKET VALUE FOR THE SUBJECT PROPERTY.

ALL GLA FIGURES ARE OBTAINED FROM THE REALQUEST/CORELOGIC GROUP AND  NEW JERSEY COUNTY TAX BOARDS ASSOCIATION, INC AND / OR ESTIMATED AND BELIEVED TO BE ACCURATE FROM THE SOURCES UTILIZED.

THIS REPORT INCLUDES A PERSONAL INSPECTION OF THE SUBJECT PROPERTY AND A REVIEW OF MLS RECORDS, ZONING OFFICES, AND TAX RECORDS FOR DATA COLLECTION OF THE COMPARABLES.

THE SUBJECT IS LOCATED IN A RESIDENTIAL NEIGHBORHOOD IN EWING TOWNSHIP. IT IS IN CLOSE PROXIMITY TO SCHOOLS, HOUSES OF WORSHIP, LOCAL SHOPPING AND MAJOR HIGHWAYS SUCH AS ROUTE 31. THE NEIGHBORHOOD IS ENHANCED BY ITS PROXIMITY TO THE COLLEGE OF NEW JERSEY.

**Zoning Compliance**

THE SUBJECT IS LEGAL NON-CONFORMING DUE TO AN UNDERSIZED LOT. THE SUBJECT'S AREA IS ZONED WITH A MINIMUM LOT SIZE OF 12,100 SQUARE FEET HOWEVER THE SUBJECT MAY BE REBUILT IF NOT DESTROYED MORE THAN 50% OF THE TOTAL STRUCTURE. IF THE DWELLING IS DESTROYED MORE THAN 50%, A VARIANCE WILL BE REQUIRED AND HAS BEEN HISTORICALLY GRANTED TO REBUILD THE DWELLING. THIS IS TYPICAL OF THE SUBJECT'S MARKET AREA AND NOT A DETRIMENT TO VALUE OR MARKETABILITY.

NJ STATE STATUTE STATES A NON-CONFORMING USE PROPERTY MAY BE REBUILT ON THE EXISTING FOOTPRINT. THE PURPOSE OF THE VARIANCE IS TO ENSURE LOCAL CONTROL OVER THE REBUILDING PROCESS, NOT TO PREVENT IT.

IT IS TYPICAL TO THE TOWNSHIP AND NEIGHBORHOOD TO HAVE AN UNDERSIZED LOTS AND IS SIMILAR TO THE VAST MAJORITY OF DWELLINGS IN THIS MARKET. THIS DOES NOT EFFECT MARKETABILITY IN ANY WAY.

ADDENDUM

| | | |
|---|---|---|
| Borrower: n/a | | File No.: 189 Hollowbrook Drive |
| Property Address: 189 Hollowbrook Dr | | Case No.: |
| City: Ewing Township | State: NJ | Zip: 08638 |
| Lender: Candyce Sklar-Smith | | |

FINAL RECONCILLIATION
THE SALES COMPARISON APPROACH IS CONSIDERED BY THE APPRAISER TO BE THE MOST ACCURATE
INDICATOR OF VALUE, AS IT BEST DEPICTS THE ACTIONS OF WELL INFORMED BUYER ACTING FREELY IN THE
OPEN MARKET. IT IS THE PRIMARY BASIS FOR THE FINAL ESTIMATE OF VALUE CONTAINED WITHIN THIS
REPORT.
THE COST APPROACH IS WAS BASED ON NATIONAL COST MANUALS
THE INCOME APPROACH TO VALUE IS PREDICATED UPON THE VALUE OF A DWELLING HAVING A DIRECT
RELATIONSHIP TO THE POTENTIAL INCOME IT CAN PRODUCE. THE INCOME APPROACH IS NOT DEVELOPED AS
SINGLE FAMILY HOMES IN THE SUBJECT AREA ARE GENERALLY SOLD AS OWNER OCCUPIED AND NOT FOR
INCOME PURPOSES.
**Conditions of Appraisal**
THE APPRAISAL IS MADE: "AS IS".
NOTE: INFORMATION, ESTIMATES AND OPINIONS FURNISHED TO THE APPRAISER AND CONTAINED IN THIS
REPORT WERE OBTAINED FROM SOURCES CONSIDERED RELIABLE AND BELIEVED TO BE TRUE AND CORRECT.
HOWEVER, NO RESPONSIBILITY FOR ACCURACY OF SUCH ITEMS FURNISHED TO THE APPRAISER CAN BE
ASSUMED BY THE APPRAISER.
ALSO, ANY SKETCH IN THIS REPORT IS INCLUDED TO ASSIST THE READER IN VISUALIZING THE PROPERTY. THE
APPRAISER IS NEITHER AN ARCHITECT NOR SURVEYOR AND ALL MEASUREMENTS ARE AN APPROXIMATION.
ELECTRONIC SIGNATURES, SECURED WITH SECURITY PROTECTED ACCESS CODES, HAVE BEEN UTILIZED IN
THIS REPORT. THIS HAS BEEN APPROVED AND ACCEPTED BY THE APPRAISAL INSTITUTE AND ALL MAJOR
BANKS AND LENDING INSTITUTIONS.


**Extra Comments**
**Exposure Time is defined as:**


1. The time a property remains on the market.


2. The estimated length of time the property interest being appraised would have been offered on the market prior
to the hypothetical consummation of a sale at market value on the effective date of the appraisal; a retrospective
estimate based on an analysis of past events assuming a competitive and open market. Exposure time is always
presumed to occur prior to the effective date of the appraisal. The overall concept of reasonable exposure
encompasses not only adequate, sufficient and reasonable time but also adequate, sufficient and reasonable
effort. Exposure time is different for various types of real estate and value ranges and under various market
conditions. (Appraisal Standards Board of The Appraisal Foundation, Statement on Appraisal Standards No. 6,
"Reasonable Exposure Time in Real Property and Personal Property Market Value Opinions")


Market value estimates imply that an adequate marketing effort and reasonable time for exposure occurred prior
to the effective date of the appraisal. In the case of disposition value, the time frame allowed for marketing the
property rights is somewhat limited, but the marketing effort is orderly and adequate. With liquidation value, the
time frame for marketing the property rights is so severely limited that an adequate marketing program cannot be
implemented. (The Report of the Appraisal Institute Special Task Force on Value Definitions) qualifies exposure
time in terms of the three above-mentioned values.) Exposure Time estimated at 0-3 months.


**Physical Deficiencies or Adverse Conditions**
 APPRAISER IS NOT AN EXPERT IN STRUCTURAL ENGINEERING AND THIS APPRAISAL DOES NOT QUALIFY AS A
PROFESSIONAL HOME INSPECTION;. See Page 1 for list of deficiencies.

**Comments on Sales Comparison**

COMPARABLE SALES OVER THREE MONTHS AND ONE MILE WERE UTILIZED DUE TO THE LACK OF MORE
RECENT SALES IN THE SUBJECT'S IMMEDIATE NEIGHBORHOOD WITH SIMILAR SITE, GLA AND FEATURES.
COMPARABLES UTILIZED WERE IN A SIMILAR NEIGHBORHOOD WITH DWELLINGS OF SIMILAR STYLE AND
APPEAL.

BASED ON THE MARKET GRID ANALYSIS ADJUSTMENTS TO COMPARABLES OVER THREE MONTHS ARE NOT
WARRANTED DUE TO THE INCREASING OR STABILIZING PRICING OVER THE LAST SIX MONTHS IN CONJUNCTION
WITH THE OVER SUPPLY IN THE MARKET.
FTER ADJUSTMENTS, THE SALES USED INDICATE A REASONABLE RANGE OF VALUE FOR THIS PRICE RANGE.
THE FINAL VALUE ESTIMATE OF THE SUBJECT IS CONSIDERED SUPPORTABLE BASED ON BOTH THE SALES
PRICES AND THE ADJUSTED SALES PRICES.

ALL COMPARABLE SALES WERE CONSIDERED IN ESTIMATING A FAIR MARKET VALUE FOR THE SUBJECT
PROPERTY.

ALL GLA FIGURES ARE OBTAINED FROM THE REALQUEST/CORELOGIC GROUP AND  NEW JERSEY COUNTY TAX
BOARDS ASSOCIATION, INC AND / OR ESTIMATED AND BELIEVED TO BE ACCURATE FROM THE SOURCES
UTILIZED.

| | |
|---|---|
| Borrower:  n/a | File No.:  189 Hollowbrook Drive |
| Property Address:  189 Hollowbrook Dr | Case No.: |
| City:  Ewing Township | State:  NJ    Zip:  08638 |
| Lender:  Candyce Sklar-Smith | |

THIS REPORT INCLUDES A PERSONAL INSPECTION OF THE SUBJECT PROPERTY AND A REVIEW OF MLS
RECORDS, ZONING OFFICES, AND TAX RECORDS FOR DATA COLLECTION OF THE COMPARABLES.


FINAL RECONCILLIATION
THE SALES COMPARISON APPROACH IS CONSIDERED BY THE APPRAISER TO BE THE MOST ACCURATE
INDICATOR OF VALUE, AS IT BEST DEPICTS THE ACTIONS OF WELL INFORMED BUYER ACTING FREELY IN THE
OPEN MARKET. IT IS THE PRIMARY BASIS FOR THE FINAL ESTIMATE OF VALUE CONTAINED WITHIN THIS
REPORT.
THE COST APPROACH IS WAS NOT DEVELOPED DUE TO THE SUBJECTIVITY OF ESTIMATING DEPERCIATION DUE
TO SIGNIFICANT WEAR AND TEAR..
THE INCOME APPROACH TO VALUE IS PREDICATED UPON THE VALUE OF A DWELLING HAVING A DIRECT
RELATIONSHIP TO THE POTENTIAL INCOME IT CAN PRODUCE. THE INCOME APPROACH IS NOT DEVELOPED AS
SINGLE FAMILY HOMES IN THE SUBJECT AREA ARE GENERALLY SOLD AS OWNER OCCUPIED AND NOT FOR
INCOME PURPOSES.
**Conditions of Appraisal**
THE APPRAISAL IS MADE: "AS IS".
NOTE: INFORMATION, ESTIMATES AND OPINIONS FURNISHED TO THE APPRAISER AND CONTAINED IN THIS
REPORT WERE OBTAINED FROM SOURCES CONSIDERED RELIABLE AND BELIEVED TO BE TRUE AND CORRECT.
HOWEVER, NO RESPONSIBILITY FOR ACCURACY OF SUCH ITEMS FURNISHED TO THE APPRAISER CAN BE
ASSUMED BY THE APPRAISER.
ALSO, ANY SKETCH IN THIS REPORT IS INCLUDED TO ASSIST THE READER IN VISUALIZING THE PROPERTY. THE
APPRAISER IS NEITHER AN ARCHITECT NOR SURVEYOR AND ALL MEASUREMENTS ARE AN APPROXIMATION.
ELECTRONIC SIGNATURES, SECURED WITH SECURITY PROTECTED ACCESS CODES, HAVE BEEN UTILIZED IN
THIS REPORT. THIS HAS BEEN APPROVED AND ACCEPTED BY THE APPRAISAL INSTITUTE AND ALL MAJOR
BANKS AND LENDING INSTITUTIONS.
THE PHOTOGRAPHS SUBMITTED WITH THIS APPRAISAL ARE ORIGINAL DIGITAL IMAGES. THESE DIGITAL IMAGES
HAVE NOT BEEN ALTERED NOR MODIFIED IN ANY SHAPE NOR FORM AS TO MISLEAD THE LENDER.
**Extra Comments**
THE APPRAISER HAD NOT IDENTIFIED ANY PURCHASER, OR BORROWER AS AN INTENDED USER OF THIS
APPRAISAL AND SUCH PARTIES SHOULD NOT RELY ON THIS APPRAISAL FOR THEIR OWN PURPOSES. NEITHER
PAYMENT OR RECEIPT OF A COPY OF THE APPRAISAL BY SUCH A PARTY OR THIRD PARTY MEANS THAT THE
PARTY IS THE INTENDED USER OF THE APPRAISAL. SUCH PARTIES ARE ADVISED TO OBTAIN AN APPRAISAL
FROM AN APPRAISER OF THEIR OWN CHOOSING IF THEY REQUIRE AN APPRAISAL FOR THEIR OWN USE. THIS
APPRAISAL SHOULD NOT SERVE AS THE BASIS FOR ANY PROPERTY DECISION OR ANY APPRAISAL
CONTINGENCY IN A PURCHASE AGREEMENT RELATING TO THE PROPERTY.

| Borrower: n/a | | File No.: 189 Hollowbrook Drive |
| Property Address: 189 Hollowbrook Dr | | Case No.: |
| City: Ewing Township | State: NJ | Zip: 08638 |
| Lender: Candyce Sklar-Smith | | |



**FRONT VIEW OF
SUBJECT PROPERTY**

Appraised Date: September 26, 2025
Appraised Value: $ 270,000



**REAR VIEW OF
SUBJECT PROPERTY**



**STREET SCENE**

| | |
|---|---|
| Borrower: n/a | File No.: 189 Hollowbrook Drive |
| Property Address: 189 Hollowbrook Dr | Case No.: |
| City: Ewing Township | State: NJ Zip: 08638 |
| Lender: Candyce Sklar-Smith | |



**COMPARABLE SALE #1**

2 Dorset Dr
Ewing Township, NJ 08638
Sale Date: 07/07/2025
Sale Price: $ 280,000



**COMPARABLE SALE #2**

3 Duke St
Ewing Township, NJ 08618
Sale Date: 05/02/2025
Sale Price: $ 300,000



**COMPARABLE SALE #3**

1700 Fifth St
Ewing, NJ 08638
Sale Date: 05/02/2025
Sale Price: $ 260,000

| Borrower: n/a | | File No.: 189 Hollowbrook Drive |
|---|---|---|
| Property Address: 189 Hollowbrook Dr | | Case No.: |
| City: Ewing Township | State: NJ | Zip: 08638 |
| Lender: Candyce Sklar-Smith | | |



**COMPARABLE SALE #4**

11 Kern Ave
Ewing, NJ 08638
Sale Date: 04/30/2025
Sale Price: $ 309,900



**COMPARABLE SALE #5**

41 Braeburn Dr
Ewing, NJ 08638
Sale Date: 05/12/2025
Sale Price: $ 267,201



**COMPARABLE SALE #6**

107 Hawthorne Ave
Ewing, NJ 08638
Sale Date: Active
Sale Price: $ 274,900

| Borrower: n/a | | File No.: | 189 Hollowbrook Drive |
|---|---|---|---|
| Property Address: 189 Hollowbrook Dr | | Case No.: | |
| City: Ewing Township | State: NJ | | Zip: 08638 |
| Lender: Candyce Sklar-Smith | | | |



Living Room



Full bath



Bedroom

| Borrower: n/a | | File No.: 189 Hollowbrook Drive |
| Property Address: 189 Hollowbrook Dr | | Case No.: |
| City: Ewing Township | State: NJ | Zip: 08638 |
| Lender: Candyce Sklar-Smith | | |



Bedroom



Bedroom



Powder Room

| Borrower: n/a | | File No.: 189 Hollowbrook Drive |
|---|---|---|
| Property Address: 189 Hollowbrook Dr | | Case No.: |
| City: Ewing Township | State: NJ | Zip: 08638 |
| Lender: Candyce Sklar-Smith | | |



Kitchen



Stains at basement floor from sewage backup



Water marks at basement walls

| | |
|---|---|
| Borrower: n/a | File No.: 189 Hollowbrook Drive |
| Property Address: 189 Hollowbrook Dr | Case No.: |
| City: Ewing Township | State: NJ | Zip: 08638 |
| Lender: Candyce Sklar-Smith | |



Potential mold at concrete block



Damaged and out dated electrical panel



Interior of Garage



Water stains at bathroom ceiling

| Borrower: n/a | | File No.: 189 Hollowbrook Drive |
|---|---|---|
| Property Address: 189 Hollowbrook Dr | | Case No.: |
| City: Ewing Township | State: NJ | Zip: 08638 |
| Lender: Candyce Sklar-Smith | | |



Damaged tile at full bath

| Borrower: n/a | | | File No.: 189 Hollowbrook Drive |
|---|---|---|---|
| Property Address: 189 Hollowbrook Dr | | | Case No.: |
| City: Ewing Township | | State: NJ | Zip: 08638 |
| Lender: Candyce Sklar-Smith | | | |



Cracks at Exterior Brick



Cracks at Driveway

| Borrower: n/a | | File No.: 189 Hollowbrook Drive |
|---|---|---|
| Property Address: 189 Hollowbrook Dr | | Case No.: |
| City: Ewing Township | State: NJ | Zip: 08638 |
| Lender: Candyce Sklar-Smith | | |



Damaged brick exterior



Damaged Central A/C condensor

LOCATION MAP

| Borrower: n/a | | File No.: 189 Hollowbrook Drive | |
| Property Address: 189 Hollowbrook Dr | | Case No.: | |
| City: Ewing Township | State: NJ | | Zip: 08638 |
| Lender: Candyce Sklar-Smith | | | |



Comparable Sale 1
2 Dorset Dr
Ewing Township, NJ 08638
0.98 miles NW

Comparable Sale 2
3 Duke St
Ewing Township, NJ 08618
1.52 miles NW

Subject
189 Hollowbrook Dr
Ewing Township, NJ 08638

Comparable Sale 6
107 Hawthorne Ave
Ewing, NJ 08638
0.40 miles SW

Comparable Sale 5
41 Braeburn Dr
Ewing, NJ 08638
0.63 miles SW

Comparable Sale 3
1700 Fifth St
Ewing, NJ 08638
0.97 miles SE

Comparable Sale 4
11 Kern Ave
Ewing, NJ 08638
0.68 miles SW

| Borrower: n/a | File No.:   189 Hollowbrook Drive |
|---|---|
| Property Address: 189 Hollowbrook Dr | Case No.: |
| City: Ewing Township | State: NJ | Zip: 08638 |
| Lender: Candyce Sklar-Smith | |

## Solomon Adjustment Calculator - Report

| Criteria | | Adjustments | |
|---|---|---|---|
| Zip Code | 08638 | GLA | 91 |
| Quality Level | 4 | Basement Size | 21 |
| Remaining Economic Life | 50 | Basement Finish | 32 |
| | | Full Bath | 9840 |
| | | Half Bath | 4754 |
| | | Fireplace | 2854 |
| Factor (see user manual) | 1.10 | First Garage Stall | 15388 |
| | | Additional Garage Stall | 9616 |
| | | First Carport Stall | 3913 |
| | | Additional Carport Stall | 2609 |

The market based adjustment is calculated by dividing Remaining Economic Life by Economic Life. With an accurate value for REL, we know the 'cents on the dollar' that the market is paying for the building. This ratio is then applied to the marginal cost of GLA.

National Building Cost reports GLA costs as Average Total Cost. Solomon has calculated Marginal Cost by charting Total Cost at appropriate quantities, and applying single variable regression to solve for Marginal Cost. In the Y = aX + B equation, Marginal Cost is the 'a' variable. Finally, Solomon factors in the variables that affect local building costs such as labor, material and equipment. Because REL / EL reveals the percentage of cost new that the market is paying, the result of the Solomon calculation infers how the market is reacting to changes in GLA, Basement Size, Basement Finish, Full Bath, Half Bath, Garage and Fireplace

© SolomonAppraisal.com LLC

© Cost Data - Craftsman Book

Date Report Created:   09/29/2025

# FLOORPLAN SKETCH

| Borrower: n/a | | | File No.: 189 Hollowbrook Drive |
|---|---|---|---|
| Property Address: 189 Hollowbrook Dr | | | Case No.: |
| City: Ewing Township | | State: NJ | Zip: 08638 |
| Lender: Candyce Sklar-Smith | | | |

**56.0'**

Bedroom    1/2 bath    Kitchen

**25.0'**

Full Bath    **First Floor**
**1125 sf**

Bedroom    Bedroom    Living Room

**45.0'**

**11.0'**

Garage
**220 sf**

20.0'    20.0'    20.0'

**11.0'**

**5.0'    11.0'**

Sketch by ApexSketch

| AREA CALCULATIONS SUMMARY | | | | | AREA CALCULATIONS BREAKDOWN | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Code | Description | Factor | Net Size | Perimeter | Net Totals | Name | Base x | Height x | Width = | Area |
| GLA1 | First Floor | 1.0 | 1125.0 | 162.0 | 1125.0 | First Floor | | 45.0 x | 25.0 = | 1125.0 |
| GAR | Garage | 1.0 | 220.0 | 62.0 | 220.0 | | | 20.0 x | 11.0 = | 220.0 |
| | | | | | | Garage | | | | -220.0 |
| | Net LIVABLE | cnt | 1 | (rounded) | 1,125 | | | | | |
| | | | | | | 2 total items | | | (rounded) | 1,125 |

© iLOOKABOUT (US) Inc. dba Apex Software

| Borrower: n/a | | | | File No.: 189 Hollowbrook Drive |
|---|---|---|---|---|
| Property Address: 189 Hollowbrook Dr | | | | Case No.: |
| City: Ewing Township | | State: NJ | | Zip: 08638 |
| Lender: Candyce Sklar-Smith | | | | |

**GROSS BUILDING AREA (GBA)** ___1,125___
**GROSS LIVING AREA (GLA)** ___1,125___

| Area(s) | Area | % of GLA | % of GBA |
|---|---|---|---|
| Living | 1,125 | | 100.00 |
| Level 1 | 1,345 | 119.56 | 119.56 |
| Level 2 | 528 | 46.93 | 46.93 |
| Level 3 | 0 | 0.00 | 0.00 |
| Other | 0 | 0.00 | 0.00 |
| | GBA | | |
| Basement ☐ | 1,464 | | |
| Garage ☒ | 220 | | 19.56 |
| ☐ | | | |

| Area Measurements | | | | Area Type | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Measurements | Factor | | Total | Level 1 | Level 2 | Level 3 | Other | Bsmt. | Garage |
| 45.00 x 25.00 | x 1.00 | = | 1,125.00 | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 20.00 x 11.00 | x 1.00 | = | 220.00 | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 20.00 x 11.00 | x 1.00 | = | 220.00 | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |

**AERIAL MAP**

| Borrower: n/a | | File No.: 189 Hollowbrook Drive |
|---|---|---|
| Property Address: 189 Hollowbrook Dr | | Case No.: |
| City: Ewing Township | State: NJ | Zip: 08638 |
| Lender: Candyce Sklar-Smith | | |



FLOOD MAP

| Borrower: n/a | File No.: 189 Hollowbrook Drive |
|---|---|
| Property Address: 189 Hollowbrook Dr | Case No.: |
| City: Ewing Township | State: NJ | Zip: 08638 |
| Lender: Candyce Sklar-Smith | |



Subject
189 Hollowbrook Dr
Ewing Township, NJ 08638

## FLOOD INFORMATION

Community: Township of Ewing
Property is NOT in a FEMA Special Flood Hazard Area
Map Number: 34021C0119F
Panel: 34021C0119
Zone: X
Map Date: 07-20-2016
FIPS: 34021
Source: FEMA DFIRM

## LEGEND

■ = FEMA Special Flood Hazard Area – High Risk

■ = Moderate and Minimal Risk Areas

Road View:

■ = Forest      ■ = Water

Sky Flood™

No representations or warranties to any party concerning the content, accuracy or completeness of this flood report, including any warranty of merchantability or fitness for a particular purpose is implied or provided. Visual scaling factors differ between map layers and are separate from flood zone information at marker location. No liability is accepted to any third party for any use or misuse of this flood map or its data.

# USPAP ADDENDUM

File No. 189 Hollowbrook Driv

Borrower: n/a
Property Address: 189 Hollowbrook Dr
City: Ewing Township                County: Mercer                State: NJ                Zip Code: 08638
Lender: Candyce Sklar-Smith

## Reasonable Exposure Time

My opinion of a reasonable exposure time for the subject property at the market value stated in this report is: 0-3 months

## Additional Certifications

[X] I have performed **NO** services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.

[ ] I **HAVE** performed services, as an appraiser or in another capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment. Those services are described in the comments below.

## Additional Comments

**APPRAISER:**

Signature:
Name: Michael Ehrenberg, 42 RG00018300, ASA
Date Signed: 09/28/2025
State Certification #: 42RG00018300
or State License #:
or Other (describe): _____ State #: _____
State: NJ
Expiration Date of Certification or License: 12/31/2025
Effective Date of Appraisal: September 26, 2025

**SUPERVISORY APPRAISER (only if required):**

Signature: _____
Name: _____
Date Signed: _____
State Certification #: _____
or State License #: _____
State: _____
Expiration Date of Certification or License: _____
Supervisory Appraiser inspection of Subject Property:
[ ] Did Not    [ ] Exterior-only from street    [ ] Interior and Exterior

| Borrower: n/a | | File No.: 189 Hollowbrook Drive | |
|---|---|---|---|
| Property Address: 189 Hollowbrook Dr | | Case No.: | |
| City: Ewing Township | State: NJ | | Zip: 08638 |
| Lender: Candyce Sklar-Smith | | | |

CA-20

THIS DOCUMENT IS PRINTED ON WATERMARKED PAPER, WITH A MULTI-COLORED
BACKGROUND AND MULTIPLE SECURITY FEATURES. PLEASE VERIFY AUTHENTICITY.

## State Of New Jersey
## New Jersey Office of the Attorney General
## Division of Consumer Affairs

THIS IS TO CERTIFY THAT THE
Real Estate Appraisers Board

HAS CERTIFIED

MICHAEL I. EHRENBERG
16 CHICORY LANE
PENNINGTON NJ  08534-5423

FOR PRACTICE IN NEW JERSEY AS A(N):  Certified General Appraiser

11/12/2023  TO  12/31/2025
VALID

42RG00018300
LICENSE/REGISTRATION/CERTIFICATION #

Signature of Licensee/Registrant/Certificate Holder

ACTING DIRECTOR