UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**LAW OFFICES OF SKLAR SMITH-SKLAR**
1901 N. Olden Avenue, Suite 22
Ewing, New Jersey 08618
Phone: (609) 882-9800 Fax: (609) 538-1399
CANDYCE I. SMITH-SKLAR, ESQ
*Attorney for Debtor*

In Re:

Robin Renee Fowler-Mirabeau

Case No.:  25-17716-CMG

Adv. No.:  _____

Hearing Date: 1/28/26; 9:00am

Chief Judge: Christine M Gravelle

## CERTIFICATION OF SERVICE

1. I, Candyce Smith-Sklar;

   x represent the Debtor's in the above-captioned matter.

   ❏ am the secretary/paralegal for_____, who represent the

   _____ in the above captioned matter.

   ❏ am the_____ in the above case and am representing myself.

2. On 12/23/2025 I sent a copy of the following pleadings and/or

   documents to the parties listed in the chart below: **I served the Modified Plan on creditors below**

3. I hereby certify under penalty of perjury that the above documents were sent using the

   mode of service indicated.

Dated: 12/23/2025                    /s/ Candyce Smith-Sklar
                                          Signature

| Name and Address of Party Served | Relationship of Party to the case | Mode of Service |
|---|---|---|
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>x Notice of Electronic filing (NEF)<br>☐ Other_____<br>   (as authorized by the court*) |
| U.S. Trustee<br>1 Newark Center STE 2100<br>Newark, NJ 07102 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>x Notice of Electronic filing (NEF)<br>☐ Other_____<br>   (as authorized by the court*) |
| Robin Renee Fowler-Mirabeau<br>189 Hollowbrook Road<br>Ewing, NJ 08638 | Debtor | ☐ Hand-delivered<br>x Regular mail<br>☐ Certified mail/RR<br>x Notice of Electronic filing (NEF)<br>☐ Other_____<br>   (as authorized by the court*) |
| Credit Acceptance<br>Attn: Bankruptcy Dept<br>25505 West 12 Mile Rd., Suite 3000<br>Southfield, MI 48034<br>ATTN: CEO/AGENT | Creditor | ☐ Hand-delivered<br>x Regular mail<br>☐ Certified mail/RR<br>x Notice of Electronic filing (NEF)<br>☐ Other_____<br>   (as authorized by the court*) |
| Credit Acceptance Corp.<br>c/o Eisenberg Gold & Agrawal, PC<br>1040 Kings Highway North #200<br>Cherry Hill, NJ 08034<br>ATTN: CEO/AGENT | Creditor | ☐ Hand-delivered<br>x Regular mail<br>☐ Certified mail/RR<br>x Notice of Electronic filing (NEF)<br>☐ Other_____<br>   (as authorized by the court*) |

| | | |
|---|---|---|
| New York City<br>Department of Finance<br>Church Street Station<br>PO Box 3600<br>New York, NY 10008<br>ATTN: CEO/AGENT | Creditor | ☐ Hand-delivered<br>x Regular mail<br>☐ Certified mail/RR<br>x Notice of Electronic filing (NEF)<br>☐ Other_____<br>   (as authorized by the court*) |
| New Jersey Manufacturers Insurance CO<br>301 Sullivan Way<br>Trenton, NJ 08628<br>ATTN: CEO/AGENT | Creditor | ☐ Hand-delivered<br>x Regular mail<br>☐ Certified mail/RR<br>x Notice of Electronic filing (NEF)<br>☐ Other_____<br>   (as authorized by the court*) |
| Real Time Resolutions<br>1349 Empire Central Drive, St 1300<br>Dallas, TX 75247<br>ATTN: CEO/AGENT | Creditor | ☐ Hand-delivered<br>x Regular mail<br>☐ Certified mail/RR<br>x Notice of Electronic filing (NEF)<br>☐ Other_____<br>   (as authorized by the court*) |
| Real Time Resolutions<br>c/o Stern & Eisenberg, PC<br>1120 Rt. 73, Suite 400<br>Mt. Laurel, NJ 08054<br>ATTN: CEO/AGENT | Creditor | ☐ Hand-delivered<br>x Regular mail<br>☐ Certified mail/RR<br>x Notice of Electronic filing (NEF)<br>☐ Other_____<br>   (as authorized by the court*) |

| | | |
|---|---|---|
| Credit Acceptance Corp.<br>c/o Eisenberg Gold & Agrawal, PC<br>1040 Kings Highway North #200<br>Cherry Hill, NJ 08034<br>ATTN: CEO/AGENT | Creditor | ☐ Hand-delivered<br>x Regular mail<br>☐ Certified mail/RR<br>x Notice of Electronic filing (NEF)<br>☐ Other_____<br>   (as authorized by the court*) |
| Capital One Auto Finance, a division of Capital One<br>P.O. Box 4360<br>Houston, TX 77210<br>ATTN: CEO/AGENT | Creditor | ☐ Hand-delivered<br>x Regular mail<br>☐ Certified mail/RR<br>x Notice of Electronic filing (NEF)<br>☐ Other_____<br>   (as authorized by the court*) |
| Internal Revenue Service<br>Department of the Treasury<br>ACS Support-Stop 5050<br>PO Box 219236<br>Kansa City, MO 64121<br>ATTN: CEO/AGENT | Creditor | ☐ Hand-delivered<br>x Regular mail<br>☐ Certified mail/RR<br>x Notice of Electronic filing (NEF)<br>☐ Other_____<br>   (as authorized by the court*) |
| United States Attorney<br>970 Broad Street 7th Floor<br>Newark, NJ 07101<br>ATTN: CEO/AGENT | Creditor | ☐ Hand-delivered<br>x Regular mail<br>☐ Certified mail/RR<br>x Notice of Electronic filing (NEF)<br>☐ Other_____<br>   (as authorized by the court*) |

| | | |
|---|---|---|
| Assistant Attorney General<br>Department of Justice<br>Tax Divisions, Eastern Region<br>PO Box 227<br>Ben Franklin Station<br>Washington, DC 20044<br>ATTN: CEO/AGENT | Creditor | ☐ Hand-delivered<br>x Regular mail<br>☐ Certified mail/RR<br>x Notice of Electronic filing (NEF)<br>☐ Other_____<br>   (as authorized by the court*) |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101<br>ATTN: CEO/AGENT | Creditor | ☐ Hand-delivered<br>x Regular mail<br>☐ Certified mail/RR<br>x Notice of Electronic filing (NEF)<br>☐ Other_____<br>   (as authorized by the court*) |
| Internal Revenue Service<br>955 South Springfield Avenue<br>Springfield, NJ 07081<br>   ATTN: CEO/AGENT | Creditor | ☐ Hand-delivered<br>x Regular mail<br>☐ Certified mail/RR<br>x Notice of Electronic filing (NEF)<br>☐ Other_____<br>   (as authorized by the court*) |
| The Bank of New York Mellon<br>c/o Nationstar Mortgage, LLC<br>Attn: Bankruptcy Dept.<br>P.O. Box 619096<br>Dallas TX 75261-000<br>ATTN: CEO/AGENT | Creditor | ☐ Hand-delivered<br>x Regular mail<br>☐ Certified mail/RR<br>x Notice of Electronic filing (NEF)<br>☐ Other_____<br>   (as authorized by the court*) |

| | | |
|---|---|---|
| The Bank of New York Mellon<br>c/o KML Law Group, P.C<br>700 Market Street, STE 5000<br>Philadelphia, PA 19106<br>ATTN: CEO/AGENT | Creditor | ☐ Hand-delivered<br>x Regular mail<br>☐ Certified mail/RR<br>x Notice of Electronic filing (NEF)<br>☐ Other_____<br>    (as authorized by the court*) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.