CB-2292-C

Eisenberg Gold & Agrawal, P.C.
William E. Craig, Esq.
1040 Kings Highway North #200
Cherry Hill, NJ 08034
Telephone: 856-330-6200
Attorney for: Credit Acceptance Corporation

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                              )  Case No. 25-17716 (CMG)
                                                    )
ROBIN RENE FOWLER-MIRABEAU                          )  Chapter 13
                                                    )
                                                    )
                                                    )  **OBJECTION TO CONFIRMATION**
                                                    )
                                                    )
                                                    )

Credit Acceptance Corporation ("Credit Acceptance"), a secured creditor of the Debtor's, objects to the Debtor's Plan for the following reasons:

A. There is a non-bankrupt co-debtor (Eric Fowler) on the title to the **2018 Toyota Corolla**. If the Debtor pays Credit Acceptance's claim at anything less than contractual terms, Credit Acceptance shall not be compelled to release title to the vehicle upon plan completion and discharge, and shall be entitled to co-debtor relief and may pursue the co-debtor for any deficiency.

B. If the Debtor chooses not to obtain title to the vehicle, the Debtor's proposed interest rate of 6.4% is too low. Credit Acceptance is entitled to be paid the prime rate of interest plus an increase for risk of loss. The prime interest rate at the time of the Debtor's filing was 7.5%. Credit Acceptance objects to the Debtor's Plan unless the Debtor pays an interest rate of 9.5% over the life of the Plan (60 months) in order to adequately protect Credit Acceptance for any risk of loss.

CB-2292-C

C. The Plan as proposed violates §1326(a)(1) since it does not provide for payment to Credit Acceptance of adequate protection payments. Adequate protection payments should be made to Credit Acceptance beginning in August of 2025 at $119.75 per month, being 1% of the vehicle value. Payments should be made within 30 days of filing and should continue up to and after confirmation, until regular payments are to be commenced through the Plan to Credit Acceptance. Adequate protection payments to Credit Acceptance should be given super priority administrative expense status and in all events must be paid prior to payment of any counsel fees to Debtor's attorney.

D. **Proof of insurance:** The vehicle must be insured with comprehensive and collision insurance coverage and liability coverage in accordance with the requirements contained in the contract. Credit Acceptance must be listed as loss payee or additional insured. **The Debtor must provide Credit Acceptance with proof that the vehicle is insured in accordance with §1326(a)(4) and this portion of the objection to confirmation should be considered a demand that the Debtor provides proof of insurance**.

E. Credit Acceptance must retain its lien on the vehicle following confirmation.

/s/ William E. Craig

_____
William E. Craig, attorney for
Credit Acceptance Corporation

Dated:  12/30/25