Form 186 − ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  25−17716−CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Robin Rene Fowler−Mirabeau
   189 Hollowbrook Drive
   Trenton, NJ 08638

Social Security No.:
   xxx−xx−3376

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on July 22, 2025 and a confirmation hearing on such Plan has been scheduled for January 7, 2026.

The debtor filed a Modified Plan on December 23, 2025 and a confirmation hearing on the Modified Plan is scheduled for January 28, 2026 at 10am. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: December 29, 2025
JAN: llb

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:      Case No. 25-17716-CMG

Robin Rene Fowler-Mirabeau     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 4
Date Rcvd: Dec 29, 2025     Form ID: 186     Total Noticed: 58

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 31, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robin Rene Fowler-Mirabeau, 189 Hollowbrook Drive, Trenton, NJ 08638-2339 |
| cr | + | Real Time Resolutions, Inc. as agent for RRA CP Op, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976 UNITED STATES 18976-3403 |
| 520754012 | + | AZZ Medical Associates, P.C., PO Box 1037, Pennington, NJ 08534-1037 |
| 520754011 | | Autolenders Liquidation Ctr of Princeton, 2568 Brunswick Pike, Lawrence Township, NJ 08648 |
| 520754013 | + | Bristol West Insurance Company, c/o Freeway Insurance Services AME, 7711 Center Ave., Ste 200, Huntington Beach, CA 92647-9124 |
| 520754014 | + | Capital Health, 750 Brunswick Avenue, Trenton, NJ 08638-4143 |
| 520754015 | + | Capital Health System, 750 Brunswich Avenue, Trenton, NJ 08638-4143 |
| 520754018 | | Chase Bank, Mail Code: OH1-1272, 340 S. Cleveland Ave., Bldg. 370, Etna, OH 43018 |
| 520754025 | + | Horizon, PO Box 820, Newark, NJ 07101-0820 |
| 520754027 | + | Lawrenceville Neurology Center, PA, 3131 Princeton Pike STE 202, 2nd Floor, Lawrence Township, NJ 08648-2201 |
| 520754028 | | Lens Crafters, 130 Quaker Bridge Mall, Lawrence Township, NJ 08648 |
| 520754029 | + | Maaco, 1460 Prospect St, Trenton, NJ 08638-4800 |
| 520754035 | + | NJ Manufacturers Insurance, 301 Sullivan Way, Trenton, NJ 08628-3496 |
| 520754031 | + | New Jersey Law And Pub, 225 E State St, Trenton, NJ 08608-1800 |
| 520754032 | + | New Jersey Law And Pub, 225 E State St Ste 1, Trenton, NJ 08608-1800 |
| 520754034 | + | New York city, Department of Finance, Parking Violations/Collections Division, PO Box 3600, New York, NY 10008-3600 |
| 520754038 | | Pinnacle Credit Services LLC, Resurgent Capital Services, PO Box 10587, 00296-0300 |
| 520754040 | + | Princeton Radiology Associates, 419 N. Harrison Street, Princeton, NJ 08540-3594 |
| 520754044 | + | Public Service Electric and Gas, 80 Park Plz, Newark, NJ 07102-4109 |
| 520754053 | + | TLC Associates, 444 S. State Street, Bldg. A, Newtown, PA 18940-1945 |
| 520754052 | + | The Bank of New York Mellon, c/o Gross Polowy, LLC, 95 Mount Bethel Rd. Ste 3, Warren, NJ 07059-5169 |
| 520754055 | + | Vybe Urgent Care, Attn:#20165W, PO Box 14099, Belfast, ME 04915-4034 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 29 2025 21:17:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 29 2025 21:17:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: ebnnotifications@creditacceptance.com | Dec 29 2025 21:15:00 | Credit Acceptance Corporation, 25505 West 12 Mile Road, Southfield, MI 48034 |
| 520754007 | | Email/Text: ebn@americollect.com | Dec 29 2025 21:17:00 | Americollect, Po Box 1566, 1851 South Alverno Road, Manitowoc, WI 54221 |
| 520754006 | + | Email/Text: bankruptcynotices@aarons.com | Dec 29 2025 21:17:00 | Aaron's Sales & Lease, Attn: Bankruptcy, Po Box 100039, Kennesaw, GA 30156-9239 |
| 520770284 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | | |

Case 25-17716-CMG    Doc 44    Filed 12/31/25    Entered 01/01/26 00:20:53    Desc Imaged
Certificate of Notice    Page 3 of 5

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 4 |
| Date Rcvd: Dec 29, 2025 | Form ID: 186 | Total Noticed: 58 |

| | | | |
|---|---|---|---|
| | | Dec 29 2025 21:16:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 520754008 | + Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 29 2025 21:16:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 520754009 | + Email/Text: rperez@arcadiarecovery.com | Dec 29 2025 21:17:00 | Arcadia Recovery Bureau, Attn: Bankruptcy, 645 Penn Street 4th Fl, Reading, PA 19601-3559 |
| 520754010 | ^ MEBN | Dec 29 2025 21:07:00 | Arcadia Recovery Bureau, Attn: Bankruptcy, PO Box 6768, Reading, PA 19610-0768 |
| 520754016 | + Email/PDF: acg.coaf.ebn@aisinfo.com | Dec 29 2025 21:18:05 | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520759621 | + Email/PDF: acg.acg.ebn@aisinfo.com | Dec 29 2025 21:18:13 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520754017 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 29 2025 21:18:12 | Capital One Bank USA N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 520754019 | + Email/Text: documentfiling@lciinc.com | Dec 29 2025 21:15:00 | Comcast-Xfinity, 676 Island Pond Rd, Manchester, NH 03109-4840 |
| 520754020 | + Email/Text: ebnnotifications@creditacceptance.com | Dec 29 2025 21:15:00 | Credit Acceptance Corp., 25505 W. 12 Mile Rd., suite 3000, Southfield, MI 48034-8331 |
| 520754021 | + Email/Text: bankruptcy_notifications@ccsusa.com | Dec 29 2025 21:17:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 520754023 | + Email/Text: bnc-bluestem@quantum3group.com | Dec 29 2025 21:17:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 520754024 | + Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 29 2025 21:16:00 | GM Financial, PO Box 183593, Arlington, TX 76096-3593 |
| 520754025 | ^ MEBN | Dec 29 2025 21:08:00 | Horizon, PO Box 820, Newark, NJ 07101-0820 |
| 520754026 | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 29 2025 21:16:00 | Internal Revenue Service, 955 South Springfield Avenue, Springfield, NJ 07081 |
| 520754030 | + Email/Text: nsm_bk_notices@mrcooper.com | Dec 29 2025 21:15:00 | Mr. Cooper, Attn: Bankruptcy Dept, P.O. Box 619094, Dallas, TX 75261-9094 |
| 520763188 | + Email/Text: legalcollections@njm.com | Dec 29 2025 21:16:00 | NEW JERSEY MANUFACTURERS INSURANCE COMPANY, 301 SULLIVAN WAY, WEST TRENTON, NJ 08628-3496 |
| 520754033 | + Email/Text: legalcollections@njm.com | Dec 29 2025 21:16:00 | New Jersey Manufacturer Insurance Co, 301 Sullivan Way, Trenton, NJ 08628-3496 |
| 520754039 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 29 2025 21:18:03 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 520754043 | ^ MEBN | Dec 29 2025 21:05:58 | PSE&G, Po Box 14444, New Brunswick, NJ 08906-4444 |
| 520754037 | ^ MEBN | Dec 29 2025 21:07:26 | Penn medicine, Patient Pay, PO Box 824406, Philadelphia, PA 19182-4406 |
| 520754041 | + Email/Text: Triage_Bankruptcy_Notices@progressive.com | Dec 29 2025 21:15:00 | Progressive, 651 Beta Drive, Cleveland, OH 44143-2318 |
| 520754042 | + Email/Text: Triage_Bankruptcy_Notices@progressive.com | Dec 29 2025 21:15:00 | Progressive Insurance, 6300 Wilson Mills Road, Cleveland, OH 44143-2182 |
| 520754045 | + Email/Text: bkdepartment@rtresolutions.com | Dec 29 2025 21:17:00 | Real Time Resolutions, 1349 Empire Central Drive STE 150, Dallas, TX 75247-4029 |
| 520811875 | + Email/Text: bkdepartment@rtresolutions.com | Dec 29 2025 21:17:00 | Real Time Resolutions, Inc., 1349 Empire Central Dr. Suite 1300, Dallas, TX 75247-4073 |
| 520754046 | + Email/Text: bkdepartment@rtresolutions.com | | |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Dec 29 2025 21:17:00 | Real Time Solutions, 1349 Empire Central Drive, Suite 150, Dallas, TX 75247-4029 |
| 520754047 | + | Email/Text: enotifications@santanderconsumerusa.com | Dec 29 2025 21:17:00 | Santander Consumer USA, PO Box 961245, Fort Worth, TX 76161-0244 |
| 520754049 | + | Email/Text: bankruptcy@sunrisecreditservices.com | Dec 29 2025 21:15:00 | Sunrise Credit Services, Inc., Attn: Bankruptcy, 260 Airport Plaza, Farmingdale, NY 11735-3946 |
| 520768318 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 29 2025 21:17:53 | T Mobile/T-Mobile USA Inc, by AIS Infosource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520754050 | | Email/Text: bankruptcy@td.com | Dec 29 2025 21:17:00 | TD Bank, N.A., Attn: Bankruptcy, 32 Chestnut Street Po Box 1377, Lewiston, ME 04243 |
| 520754051 | | Email/Text: bankruptcy@td.com | Dec 29 2025 21:17:00 | TD Bank, NA, PO Box 84037, Columbus, GA 31908 |
| 520826425 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 29 2025 21:15:00 | THE BANK OF NEW YORK MELLON, C/O Nationstar Mortgage LLC, Attn: Bankruptcy Dept, PO Box 619096, Dallas TX 75261-9096 |
| 520754054 | ^ | MEBN | Dec 29 2025 21:07:34 | Tolls by mail payment processing center, PO Box 15183, Albany, NY 12212-5183 |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520754048 | | Sprint |
| 520754022 | ##+ | ERC, PO Box 57610, Jacksonville, FL 32241-7610 |
| 520754036 | ##+ | OptumRx, PO Box 9040, Carlsbad, CA 92018-9040 |

TOTAL: 1 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 31, 2025     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 29, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Candyce Ilene Smith-Sklar | on behalf of Debtor Robin Rene Fowler-Mirabeau njpalaw@gmail.com r56958@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK as successor in interest to JP Morgan Chase Bank N.A. as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR6 Mortgage Pass-Throu |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 4 of 4 |
| Date Rcvd: Dec 29, 2025 | Form ID: 186 | Total Noticed: 58 |

    dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Steven Eisenberg
    on behalf of Creditor Real Time Resolutions  Inc. as agent for RRA CP Opportunity Trust 1 bkecf@sterneisenberg.com,
    jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com

Steven P. Kelly
    on behalf of Creditor Real Time Resolutions  Inc. as agent for RRA CP Opportunity Trust 1 skelly@sterneisenberg.com,
    bkecf@sterneisenberg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William E. Craig
    on behalf of Creditor Credit Acceptance Corporation wcraig@egalawfirm.com
    mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 7