| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>CB-2292-C<br><br>Eisenberg Gold & Agrawal, P.C.<br>William E. Craig, Esq.<br>1040 Kings Highway North #200<br>Cherry Hill, NJ 08034<br>(856) 330-6200<br>Attorney for Credit Acceptance Corporation |
| In Re:<br><br>ROBIN RENE FOWLER-MIRABEAU |

Case No. 25-17716

Adv. No.

Judge: (CMG)

## RESPONSE TO DEBTOR'S MOTION TO REDUCE CLAIM

COMES NOW, Credit Acceptance Corporation (hereinafter "Credit Acceptance" or "Claimant"), by and through its attorney of record, to oppose the Motion To Reduce Claim, based upon the following:

1. There is a non-bankrupt co-debtor (Eric Fowler) on the title to the **2018 Toyota Corolla**. If the Debtor pays Credit Acceptance's claim at anything less than contractual terms, Credit Acceptance shall not be compelled to release title to the vehicle upon plan completion and discharge, and shall be entitled to co-debtor relief and may pursue the co-debtor for any deficiency.

2. If the Debtor chooses not to obtain title to the vehicle, the Debtor's proposed interest rate of 6.4% is too low. Credit Acceptance is entitled to be paid the prime rate of interest plus an increase for risk of loss. The prime interest rate at the time of the Debtor's filing

was 7.5%.  Credit Acceptance objects to the Debtor's Plan unless the Debtor pays an interest rate of 9.5% over the life of the Plan (60 months) in order to adequately protect Credit Acceptance for any risk of loss.

3. The Debtor's proposed cramdown of $7,812.00 is too low.  The vehicle has an average retail value of $11,975.00 as per the NADA Official Used Car Guide, July 2025 edition.

WHEREFORE, based on the foregoing, Creditor respectfully requests the Court to DENY Debtor's 'Motion To Reduce Claim, and provide any remedy the Court deems just and proper.

Date: 1/21/26

/s/ William E. Craig
William E. Craig, Esquire
Attorney ID 92329
Eisenberg Gold & Agrawal, P.C.
1040 Kings Highway North #200
Cherry Hill, NJ 08034
(856) 330-6200
Attorney for Credit Acceptance Corporation