### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY
### TRENTON DIVISION

IN RE:

Robin Rene Fowler-Mirabeau

Debtor(s).

Case No. 25-17716-CMG

Chapter 13

### NOTICE OF APPEARANCE

**THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK as successor in interest to JP Morgan Chase Bank, N.A. as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR6 Mortgage PassThrough Certificates Series 2006-AR6**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Steven K. Eisenberg, Esquire**
**Stern & Eisenberg, PC**
**1581 Main Street, Ste. 200**
**The Shops at Valley Square**
**Warrington, PA 18976**

By:    /s/ Steven K. Eisenberg
Steven K. Eisenberg, Esquire
Bar No: 009221995
Stern & Eisenberg, PC
1581 Main Street, Ste. 200
The Shops at Valley Square
Warrington, PA 18976
Phone: 215-572-8111
Fax: 215-572-5025
seisenberg@sterneisenberg.com
Attorney for Creditor

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 17th day of March, 2026, to the following:

Candyce IIene Smith-Sklar
Law Offices of Sklar Smith-Sklar
1901 North Olden Avenue
Ewing Prosfessional Park
Suite 22
Ewing, NJ 08618
mail@niplaw.com
***Attorney for Debtor(s)***

Albert Russo
CN 4853
Trenton, NJ 08650-4853
docs@russotrustee.com
***Chapter 13 Trustee***

U.S. Trustee
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102
USTPRegion03.NE.ECF@usdoj.gov
***U.S. Trustee***

and by standard first class mail postage prepaid to:

Robin Rene Fowler-Mirabeau
189 Hollowbrook Drive
Trenton, NJ 08638

***Debtor(s)***

By:      /s/ Steven K. Eisenberg
Steven K. Eisenberg, Esquire