Law Offices of Sklar Smith-Sklar
1901 N. Olden Avenue, Suite 22
Ewing, NJ 08618
(609) 882-9800   Fax: (609) 538-1399
Candyce I. Smith-Sklar, Esq.
Attorney for Debtor, Robin Fowler-Mirabeau



**Order Filed on April 1, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

# IN THE UNITED STATES BANKRUPTCY COURT
## District of New Jersey

| | | |
|---|---|---|
| **In the Matter of**: | } | Case No. 25-17716-CMG |
| | } | Chapter 13 |
| Robin Fowler-Mirabeau | } | |
| | } | Hearing Date: 4/1/2026; 9:00 am |
| | } | Oral Argument Waived Unless |
| **Debtor(s)** | } | Objections Are Filed |
| | } | **FILED UNDER 7-DAY RULE** |

### ORDER MODIFYING/REDUCING/ CLAIMS OF INTERNAL REVENUE SERVICE

The relief set forth on the following pages, numbered (2) through (2) is hereby **ORDERED.**

**DATED: April 1, 2026**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

The attorney for the Debtors having filed a motion to reduce/modify claims of the Internal Revenue Service in this Chapter 13 bankruptcy and after notice and opportunity for hearing having been given to all creditors and other parties in interest, and a hearing having been held by the Court, and the Court having considered all applications for allowances,

It is hereby ORDERED that **the unsecured priority portion of claim 2,** filed by the Internal Revenue Service ("IRS"), is hereby **reduced to the amount of $6,341.22** since liability for tax periods 2019 and 2020 was incurred more than three years.

IT IS FURTHER ORDERED AND DIRECTED that the remaining **unsecured general claim** is in the amount of **$5,396.50.**

IT IS FURTHER ORDERED that the movant shall serve copies of this order on the Debtor, and trustee and any other party who entered an appearance, on this motion.