UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

STEVEN P. KELLY, ESQUIRE
Stern & Eisenberg, PC
1120 Route 73, Suite 400
Mount Laurel, NJ 08054
Telephone: (609) 397-9200
FACSIMILE: (856) 667-1456
(COUNSEL FOR SECURED CREDITOR)

In Re:

Robin Rene Fowler-Mirabeau

    Debtor

**Order Filed on April 22, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case Number: 25-17716-CMG

Chapter 13

Judge: Christine M. Gravelle

Hearing Date: April 1, 2026

## AGREED ORDER RESOLVING DEBTOR ROBIN RENE FOWLER-MIRABEAU'S MOTION TO MODIFY CLAIMS AND OBJECT TO CLAIMS OF REAL TIME RESOLUTIONS INC.

The relief set forth on the following page, numbered two (2) through three (3), is hereby ORDERED.

**DATED: April 22, 2026**

_Christine M. Gravelle_

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

(page 2)
Debtor: Robin Rene Fowler-Mirabeau
Case Number: 25-17716-CMG

Upon the Motion to Modify Claims and Object to Claims of Real Time Resolutions Inc. filed by Debtor Robin Rene Fowler-Mirabeau, any responses thereto, it is hereby **ORDERED**:

**WHEREAS**, Debtor, Robin Rene Fowler-Mirabeau (hereinafter, the *"Debtor"*) filed a voluntary petition under Chapter 13 of Title 11 (hereinafter, the *"Code"*), on July 22, 2025. (hereinafter, the *"Petition Date"*);

**WHEREAS**, on September 16, 2025, Secured Creditor Real Time Resolutions, Inc. (hereinafter, the *"Secured Creditor"*) filed its Proof of Claim (hereinafter, the *"Claim"*) evidencing a mortgage lien on the Property in the amount of $67,862.53 as of the Petition Date;

**WHEREAS**, on January 22, 2026, Debtor filed her Motion to Modify Claims and Object to Claims of Real Time Resolutions Inc. (hereinafter, the *"Motion"*) seeking to fully reclassify the Claim to fully unsecured;

**WHEREAS**, Debtor and the Secured Creditor have discussed Debtor's Motion and seek to resolve the treatment of the Secured Creditor's Claim;

### IT IS HEREBY ORDERED AS FOLLOWS:

1. The Parties hereby agree that Secured Creditor's Claim shall be reduced to $26,814.74, which comprises the Unpaid Principal Balance as of the Petition Date;

2. The Parties hereby agree that commencing May 1, 2026, Debtor shall treat the Claim outside the Plan by paying to the Secured Creditor the sum of $250.00, a month, for approximately one hundred and eight (108) months until paid in full;

3. The Parties hereby agree that upon completion of the payments provided for above, Secured Creditor's Claim will be deemed as paid-in-full;

4. The Parties hereby agree that in the event that Debtor's case is dismissed, discharged and/or converted to a different Chapter under the Code, the terms and conditions of this Agreed Order shall be deemed null and void;

5. The Parties hereby agree that in the event that Debtor fails to tender any payment, as provided above, for a period of more than thirty (30) days, Secured Creditor shall provide to Debtor, Debtor's Attorney, the Chapter 13 Standing Trustee and the U.S. Trustee a Notice of Default giving Debtor ten (10) days to cure the alleged default;

6. The Parties hereby agree that in the event that Debtor fails to cure the default in a manner consistent with paragraph 5, above, Secured Creditor can file a Certification of Default, with notice to the Debtor, Debtor's Attorney, the Chapter 13 Standing Trustee and the U.S. Trustee, seeking an Order voiding the terms and conditions of this Agreed Order;

(page 3)
Debtor: Robin Rene Fowler-Mirabeau
Case Number: 25-17716-CMG

7. Based upon the promises set forth in this Agreed Order, the Parties hereby agree and acknowledge that the Motion filed by Debtor is hereby **RESOLVED**; and,

8. The Parties agree that this Agreed Order in no way alters, amends or invalidates any applicable bankruptcy or non-bankruptcy law and remedies available to them; and,

9. Facsimile signatures shall be as valid as original signatures and this Agreed Order may be signed in counterparts.

The UNDERSIGNED hereby consent to the form, content and entry of the within Agreed Order:

Dated: 04 / 14 /2026

Steven P. Kelly

Steven P. Kelly, Esquire
*Attorney for Secured Creditor*

Dated: 4 / 13 /2026

Candyce I Smith-Sklar

Candyce Ilene Smith-Sklar
*Attorney for Debtor*