UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

STEVEN P. KELLY, ESQUIRE
Stern & Eisenberg, PC
1120 Route 73, Suite 400
Mount Laurel, NJ 08054
Telephone: (609) 397-9200
FACSIMILE: (856) 667-1456
(COUNSEL FOR SECURED CREDITOR)

**Order Filed on April 22, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Robin Rene Fowler-Mirabeau

    Debtor

Case Number: 25-17716-CMG

Chapter 13

Judge: Christine M. Gravelle

Hearing Date: April 1, 2026

## AGREED ORDER RESOLVING DEBTOR ROBIN RENE FOWLER-MIRABEAU'S MOTION TO MODIFY CLAIMS AND OBJECT TO CLAIMS OF REAL TIME RESOLUTIONS INC.

The relief set forth on the following page, numbered two (2) through three (3), is hereby ORDERED.

**DATED: April 22, 2026**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

(page 2)
Debtor: Robin Rene Fowler-Mirabeau
Case Number: 25-17716-CMG

---

Upon the Motion to Modify Claims and Object to Claims of Real Time Resolutions Inc. filed by Debtor Robin Rene Fowler-Mirabeau, any responses thereto, it is hereby **ORDERED**:

**WHEREAS**, Debtor, Robin Rene Fowler-Mirabeau (hereinafter, the *"Debtor"*) filed a voluntary petition under Chapter 13 of Title 11 (hereinafter, the *"Code"*), on July 22, 2025. (hereinafter, the *"Petition Date"*);

**WHEREAS**, on September 16, 2025, Secured Creditor Real Time Resolutions, Inc. (hereinafter, the *"Secured Creditor"*) filed its Proof of Claim (hereinafter, the *"Claim"*) evidencing a mortgage lien on the Property in the amount of $67,862.53 as of the Petition Date;

**WHEREAS**, on January 22, 2026, Debtor filed her Motion to Modify Claims and Object to Claims of Real Time Resolutions Inc. (hereinafter, the *"Motion"*) seeking to fully reclassify the Claim to fully unsecured;

**WHEREAS**, Debtor and the Secured Creditor have discussed Debtor's Motion and seek to resolve the treatment of the Secured Creditor's Claim;

### IT IS HEREBY ORDERED AS FOLLOWS:

1. The Parties hereby agree that Secured Creditor's Claim shall be reduced to $26,814.74, which comprises the Unpaid Principal Balance as of the Petition Date;

2. The Parties hereby agree that commencing May 1, 2026, Debtor shall treat the Claim outside the Plan by paying to the Secured Creditor the sum of $250.00, a month, for approximately one hundred and eight (108) months until paid in full;

3. The Parties hereby agree that upon completion of the payments provided for above, Secured Creditor's Claim will be deemed as paid-in-full;

4. The Parties hereby agree that in the event that Debtor's case is dismissed, discharged and/or converted to a different Chapter under the Code, the terms and conditions of this Agreed Order shall be deemed null and void;

5. The Parties hereby agree that in the event that Debtor fails to tender any payment, as provided above, for a period of more than thirty (30) days, Secured Creditor shall provide to Debtor, Debtor's Attorney, the Chapter 13 Standing Trustee and the U.S. Trustee a Notice of Default giving Debtor ten (10) days to cure the alleged default;

6. The Parties hereby agree that in the event that Debtor fails to cure the default in a manner consistent with paragraph 5, above, Secured Creditor can file a Certification of Default, with notice to the Debtor, Debtor's Attorney, the Chapter 13 Standing Trustee and the U.S. Trustee, seeking an Order voiding the terms and conditions of this Agreed Order;

(page 3)
Debtor: Robin Rene Fowler-Mirabeau
Case Number: 25-17716-CMG

7. Based upon the promises set forth in this Agreed Order, the Parties hereby agree and acknowledge that the Motion filed by Debtor is hereby **RESOLVED**; and,

8. The Parties agree that this Agreed Order in no way alters, amends or invalidates any applicable bankruptcy or non-bankruptcy law and remedies available to them; and,

9. Facsimile signatures shall be as valid as original signatures and this Agreed Order may be signed in counterparts.

The UNDERSIGNED hereby consent to the form, content and entry of the within Agreed Order:

Dated: 04 / 14 /2026

*Steven P. Kelly*

Steven P. Kelly, Esquire
*Attorney for Secured Creditor*

Dated: 4 / 13 /2026

*Candyce I Smith-Sklar*

Candyce Ilene Smith-Sklar
*Attorney for Debtor*

United States Bankruptcy Court

District of New Jersey

In re:

Robin Rene Fowler-Mirabeau

    Debtor

Case No. 25-17716-CMG

Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 22, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2026:**

**Recip ID           Recipient Name and Address**
db                +  Robin Rene Fowler-Mirabeau, 189 Hollowbrook Drive, Trenton, NJ 08638-2339

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2026                Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Candyce Ilene Smith-Sklar | on behalf of Debtor Robin Rene Fowler-Mirabeau njpalaw@gmail.com  r56958@notify.bestcase.com |
| Matthew K. Fissel | on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK as successor in interest to JP Morgan Chase Bank  N.A. as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR6 Mortgage Pass-Throu bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Steven Eisenberg | on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK as successor in interest to JP Morgan Chase Bank  N.A. as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR6 Mortgage PassThroug bkecf@sterneisenberg.com, jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com |
| Steven Eisenberg | on behalf of Creditor Real Time Resolutions  Inc. as agent for RRA CP Opportunity Trust 1 bkecf@sterneisenberg.com, |

District/off: 0312-3                    User: admin                                        Page 2 of 2

Date Rcvd: Apr 22, 2026                 Form ID: pdf903                              Total Noticed: 1

jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com

Steven P. Kelly

on behalf of Creditor Real Time Resolutions  Inc. as agent for RRA CP Opportunity Trust 1 skelly@sterneisenberg.com,
bkecf@sterneisenberg.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

William E. Craig

on behalf of Creditor Credit Acceptance Corporation wcraig@egalawfirm.com
mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 8