Form plncf13 − ntccnfpln13v27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  25−17716−CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Robin Rene Fowler−Mirabeau
189 Hollowbrook Drive
Trenton, NJ 08638

Social Security No.:
xxx−xx−3376

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on April 29, 2026.

Dated: April 29, 2026
JAN: rms

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:

Robin Rene Fowler-Mirabeau

    Debtor

Case No. 25-17716-CMG

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Apr 29, 2026 | Form ID: plncf13 | Total Noticed: 60 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robin Rene Fowler-Mirabeau, 189 Hollowbrook Drive, Trenton, NJ 08638-2339 |
| cr | + | Real Time Resolutions, Inc. as agent for RRA CP Op, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976 UNITED STATES 18976-3403 |
| cr | + | THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW, 1581 Main Street, Ste. 200, The Shops at Valley Square, Warrington, PA 18976 UNITED STATES 18976-3403 |
| 520754012 | + | AZZ Medical Associates, P.C., PO Box 1037, Pennington, NJ 08534-1037 |
| 520754011 | | Autolenders Liquidation Ctr of Princeton, 2568 Brunswick Pike, Lawrence Township, NJ 08648 |
| 520754013 | + | Bristol West Insurance Company, c/o Freeway Insurance Services AME, 7711 Center Ave., Ste 200, Huntington Beach, CA 92647-9124 |
| 520754014 | + | Capital Health, 750 Brunswick Avenue, Trenton, NJ 08638-4143 |
| 520754015 | + | Capital Health System, 750 Brunswich Avenue, Trenton, NJ 08638-4143 |
| 520754018 | | Chase Bank, Mail Code: OH1-1272, 340 S. Cleveland Ave., Bldg. 370, Etna, OH 43018 |
| 520754027 | + | Lawrenceville Neurology Center, PA, 3131 Princeton Pike STE 202, 2nd Floor, Lawrence Township, NJ 08648-2201 |
| 520754028 | | Lens Crafters, 130 Quaker Bridge Mall, Lawrence Township, NJ 08648 |
| 520754029 | + | Maaco, 1460 Prospect St, Trenton, NJ 08638-4800 |
| 520754035 | + | NJ Manufacturers Insurance, 301 Sullivan Way, Trenton, NJ 08628-3496 |
| 520754031 | + | New Jersey Law And Pub, 225 E State St, Trenton, NJ 08608-1800 |
| 520754032 | + | New Jersey Law And Pub, 225 E State St Ste 1, Trenton, NJ 08608-1800 |
| 520754034 | + | New York city, Department of Finance, Parking Violations/Collections Division, PO Box 3600, New York, NY 10008-3600 |
| 520754038 | | Pinnacle Credit Services LLC, Resurgent Capital Services, PO Box 10587, 00296-0300 |
| 520754040 | + | Princeton Radiology Associates, 419 N. Harrison Street, Princeton, NJ 08540-3594 |
| 520754044 | + | Public Service Electric and Gas, 80 Park Plz, Newark, NJ 07102-4109 |
| 520754053 | + | TLC Associates, 444 S. State Street, Bldg. A, Newtown, PA 18940-1945 |
| 520754052 | + | The Bank of New York Mellon, c/o Gross Polowy, LLC, 95 Mount Bethel Rd. Ste 3, Warren, NJ 07059-5169 |
| 520754055 | + | Vybe Urgent Care, Attn:#20165W, PO Box 14099, Belfast, ME 04915-4034 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 29 2026 20:52:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 29 2026 20:52:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: ebnnotifications@creditacceptance.com | Apr 29 2026 20:51:00 | Credit Acceptance Corporation, 25505 West 12 Mile Road, Southfield, MI 48034 |
| 520754007 | | Email/Text: ebn@americollect.com | Apr 29 2026 20:52:00 | Americollect, Po Box 1566, 1851 South Alverno Road, Manitowoc, WI 54221 |
| 520754006 | + | Email/Text: bankruptcynotices@aarons.com | Apr 29 2026 20:52:00 | Aaron's Sales & Lease, Attn: Bankruptcy, Po Box 100039, Kennesaw, GA 30156-9239 |

520770284      +  Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM
                                                              Apr 29 2026 20:52:00      AmeriCredit Financial Services, Inc. dba GM
                                                                                        Financ, P O Box 183853, Arlington, TX
                                                                                        76096-3853

520754008      +  Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM
                                                              Apr 29 2026 20:52:00      AmeriCredit/GM Financial, Attn: Bankruptcy, Po
                                                                                        Box 183853, Arlington, TX 76096-3853

520754009      +  Email/Text: rperez@arcadiarecovery.com
                                                              Apr 29 2026 20:52:00      Arcadia Recovery Bureau, Attn: Bankruptcy, 645
                                                                                        Penn Street 4th Fl, Reading, PA 19601-3559

520754010      ^  MEBN
                                                              Apr 29 2026 20:47:40      Arcadia Recovery Bureau, Attn: Bankruptcy, PO
                                                                                        Box 6768, Reading, PA 19610-0768

520754016      +  Email/PDF: acg.coaf.ebn@aisinfo.com
                                                              Apr 29 2026 20:59:43      Capital One Auto Finance, Attn: Bankruptcy, Po
                                                                                        Box 30285, Salt Lake City, UT 84130-0285

520759621      +  Email/PDF: acg.acg.ebn@aisinfo.com
                                                              Apr 29 2026 20:59:53      Capital One Auto Finance, a division of, AIS
                                                                                        Portfolio Services, LLC, 4515 N Santa Fe Ave.
                                                                                        Dept. APS, Oklahoma City, OK 73118-7901

520754017      +  Email/PDF: AIS.cocard.ebn@aisinfo.com
                                                              Apr 29 2026 20:59:52      Capital One Bank USA N.A., PO Box 71083,
                                                                                        Charlotte, NC 28272-1083

520754019      +  Email/Text: documentfiling@lciinc.com
                                                              Apr 29 2026 20:51:00      Comcast-Xfinity, 676 Island Pond Rd,
                                                                                        Manchester, NH 03109-4840

520754020      +  Email/Text: ebnnotifications@creditacceptance.com
                                                              Apr 29 2026 20:51:00      Credit Acceptance Corp., 25505 W. 12 Mile Rd.,
                                                                                        suite 3000, Southfield, MI 48034-8331

520754021      +  Email/Text: bankruptcy_notifications@ccsusa.com
                                                              Apr 29 2026 20:53:00      Credit Collection Services, 725 Canton Street,
                                                                                        Norwood, MA 02062-2679

520754023      +  Email/PDF: MerrickBKNotifications@Resurgent.com
                                                              Apr 29 2026 20:59:01      Fingerhut, Attn: Bankruptcy, 6250 Ridgewood
                                                                                        Road, Saint Cloud, MN 56303-0820

520754024      +  Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM
                                                              Apr 29 2026 20:52:00      GM Financial, PO Box 183593, Arlington, TX
                                                                                        76096-3593

520754025      ^  MEBN
                                                              Apr 29 2026 20:48:50      Horizon, PO Box 820, Newark, NJ 07101-0820

520754026         Email/Text: sbse.cio.bnc.mail@irs.gov
                                                              Apr 29 2026 20:52:00      Internal Revenue Service, 955 South Springfield
                                                                                        Avenue, Springfield, NJ 07081

520754030      +  Email/Text: nsm_bk_notices@mrcooper.com
                                                              Apr 29 2026 20:52:00      Mr. Cooper, Attn: Bankruptcy Dept, P.O. Box
                                                                                        619094, Dallas, TX 75261-9094

520763188      +  Email/Text: legalcollections@njm.com
                                                              Apr 29 2026 20:52:00      NEW JERSEY MANUFACTURERS
                                                                                        INSURANCE COMPANY, 301 SULLIVAN
                                                                                        WAY, WEST TRENTON, NJ 08628-3496

520754033      +  Email/Text: legalcollections@njm.com
                                                              Apr 29 2026 20:52:00      New Jersey Manufacturer Insurance Co, 301
                                                                                        Sullivan Way, Trenton, NJ 08628-3496

520754039         Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com
                                                              Apr 29 2026 20:59:11      Portfolio Recovery Associates, LLC, Attn:
                                                                                        Bankruptcy, 120 Corporate Boulevard, Norfolk,
                                                                                        VA 23502

520754043      ^  MEBN
                                                              Apr 29 2026 20:48:23      PSE&G, Po Box 14444, New Brunswick, NJ
                                                                                        08906-4444

520754037      ^  MEBN
                                                              Apr 29 2026 20:49:17      Penn medicine, Patient Pay, PO Box 824406,
                                                                                        Philadelphia, PA 19182-4406

520754041      +  Email/Text: Triage_Bankruptcy_Notices@progressive.com
                                                              Apr 29 2026 20:52:00      Progressive, 651 Beta Drive, Cleveland, OH
                                                                                        44143-2318

520754042      +  Email/Text: Triage_Bankruptcy_Notices@progressive.com
                                                              Apr 29 2026 20:52:00      Progressive Insurance, 6300 Wilson Mills Road,
                                                                                        Cleveland, OH 44143-2182

520754045      +  Email/Text: bkdepartment@rtresolutions.com
                                                              Apr 29 2026 20:52:00      Real Time Resolutions, 1349 Empire Central
                                                                                        Drive STE 150, Dallas, TX 75247-4029

520811875      +  Email/Text: bkdepartment@rtresolutions.com
                                                              Apr 29 2026 20:52:00      Real Time Resolutions, Inc., 1349 Empire Central
                                                                                        Dr. Suite 1300, Dallas, TX 75247-4073

District/off: 0312-3 | User: admin | Page 3 of 4
Date Rcvd: Apr 29, 2026 | Form ID: plncf13 | Total Noticed: 60

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 520754046 | + | Email/Text: bkdepartment@rtresolutions.com | Apr 29 2026 20:52:00 | Real Time Soluctions, 1349 Empire Central Drive, Suite 150, Dallas, TX 75247-4029 |
| 520754047 | + | Email/Text: enotifications@santanderconsumerusa.com | Apr 29 2026 20:52:00 | Santander Consumer USA, PO Box 961245, Fort Worth, TX 76161-0244 |
| 520754049 | + | Email/Text: bankruptcy@sunrisecreditservices.com | Apr 29 2026 20:52:00 | Sunrise Credit Services, Inc., Attn: Bankruptcy, 260 Airport Plaza, Farmingdale, NY 11735-3946 |
| 520768318 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 29 2026 20:59:55 | T Mobile/T-Mobile USA Inc, by AIS Infosource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520754050 | | Email/Text: bankruptcy@td.com | Apr 29 2026 20:52:00 | TD Bank, N.A., Attn: Bankruptcy, 32 Chestnut Street Po Box 1377, Lewiston, ME 04243 |
| 520754051 | | Email/Text: bankruptcy@td.com | Apr 29 2026 20:52:00 | TD Bank, NA, PO Box 84037, Columbus, GA 31908 |
| 520826425 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 29 2026 20:52:00 | THE BANK OF NEW YORK MELLON, C/O Nationstar Mortgage LLC, Attn: Bankruptcy Dept, PO Box 619096, Dallas TX 75261-9096 |
| 520958984 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 29 2026 20:52:00 | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, c/o Nationstar Mortgage LLC, Attn: Bankruptcy Dept., PO Box 619096, Dallas TX 75261-9096 |
| 520754054 | ^ | MEBN | Apr 29 2026 20:47:44 | Tolls by mail payment processing center, PO Box 15183, Albany, NY 12212-5183 |

TOTAL: 38

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520754048 | | Sprint |
| 520754022 | ##+ | ERC, PO Box 57610, Jacksonville, FL 32241-7610 |
| 520754036 | ##+ | OptumRx, PO Box 9040, Carlsbad, CA 92018-9040 |

TOTAL: 1 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2026          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |

District/off: 0312-3                          User: admin                                    Page 4 of 4

Date Rcvd: Apr 29, 2026                       Form ID: plncf13                               Total Noticed: 60

Candyce Ilene Smith-Sklar
          on behalf of Debtor Robin Rene Fowler-Mirabeau njpalaw@gmail.com  r56958@notify.bestcase.com

Matthew K. Fissel
          on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK as successor in interest to JP
          Morgan Chase Bank  N.A. as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR6 Mortgage Pass-Throu
          bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

Steven Eisenberg
          on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK as successor in interest to JP
          Morgan Chase Bank  N.A. as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR6 Mortgage PassThroug
          bkecf@sterneisenberg.com, jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com

Steven Eisenberg
          on behalf of Creditor Real Time Resolutions  Inc. as agent for RRA CP Opportunity Trust 1 bkecf@sterneisenberg.com,
          jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com

Steven P. Kelly
          on behalf of Creditor Real Time Resolutions  Inc. as agent for RRA CP Opportunity Trust 1 skelly@sterneisenberg.com,
          bkecf@sterneisenberg.com

U.S. Trustee
          USTPRegion03.NE.ECF@usdoj.gov

William E. Craig
          on behalf of Creditor Credit Acceptance Corporation wcraig@egalawfirm.com
          mortoncraigecf@gmail.com;alapinski@egalawfirm.com


TOTAL: 8