UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Rocket Mortgage


                    Creditor
v.

Robin Rene Fowler-Mirabeau

                    Debtors
_____

In Re:
Robin Rene Fowler-Mirabeau

Case No.:     25-11716-CMG

Chief Judge: Christine M. Gravelle

Chapter:     13

**CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION TO**
**☒ CREDITOR'S MOTION or CERTIFICATION OF DEFAULT**
**☐ TRUSTEE'S MOTION or CERTIFICATION OF DEFAULT**

The debtor in the above-captioned chapter 13 proceeding hereby objects to the following **(choose one):**

1.      ☒      Motion for Relief from the Automatic Stay filed by
Rocket Mortgage, creditor.
A hearing has been scheduled for June 24, 2026, at 9:00 a.m..

OR

☐      Motion to Dismiss filed by the Standing Chapter 13 Trustee.
A hearing has been scheduled for _____, at _____.


☐      Certification of Default filed by creditor,_____
I am requesting a hearing be scheduled on this matter.

OR

☐      Certification of Default filed by Standing Chapter 13 Trustee
I am requesting a hearing be scheduled on this matter.


2.      I am objecting to the above for the following reasons **(choose one):**

☐     Payments have been made in the amount of $ 6,160.00   , but have not been accounted for.  Documentation in support is attached hereto.

☐     Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer):** _____

_____

☒     Other **(explain your answer):** Debtor has made all post petition payments in the amount of $6,160 and proofs have been provided to opposing counsel for review.

3.    This certification is being made in an effort to resolve the issues raised by the creditor in its motion.

4.    I certify under penalty of perjury that the foregoing is true and correct.

Date: June 9, 2026                     /s/Robin Rene Fowler-Mirabeau
                                        Debtor's Signature

NOTE:

1.    This form must be filed with the court and served upon the Standing Chapter 13 Trustee and creditor at least seven (7) days before the return date pursuant to D.N.J. LBR 9013-1(d), if filed in opposition to a Motion for Relief from the Automatic Stay or Trustee's Motion to Dismiss.

2.    This form must be filed with the court and served upon the Standing Chapter 13 Trustee and creditor within ten (10) days of the filing of a *Creditor's Certification of Default* (under an *Order Resolving Motion to Vacate Stay and/or Dismiss with Conditions) or a Trustee's Certification of Default.*

***If this form is not filed the Motion or Certification of Default will be deemed uncontested and no hearing will be scheduled.***

**NOTE:** Pursuant to the Court's General Orders entered on January 4th, 2005, this form must be filed with the Court and served upon the creditor and the Standing Chapter 13 Trustee, **at least seven (7) days before the return date, pursuant to *DNJ LBR 9013-1(d), Motion Practice,* if filed in opposition to a *Motion for Relief from the Automatic Stay;* and within 10 days of the filing of a *Creditor's Certification of Default* under an *Order Resolving Motion to Vacate Stay and/or Dismiss with Conditions.* Absent the filing of this mandatory new form, the creditor's stay relief motion will be deemed unconstested, and the creditor's appearance at the hearing will *not* be required.**

*1/3/05/jml*