Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  25−17716−CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Robin Rene Fowler−Mirabeau
   189 Hollowbrook Drive
   Trenton, NJ 08638

Social Security No.:
   xxx−xx−3376

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on April 29, 2026.

On June 23, 2026 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Christine M. Gravelle on:

Date:              August 5, 2026
Time:              10:00 AM
Location:          Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1.   Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
     a written rejection to the modified plan.

2.   Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
     of a secure claim, such holders acceptance or rejection of the Plan before modification will
     be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
     holders acceptance or rejection of the Plan within the time fixed.

3.   **If, at the confirmation hearing, the Court determines that the plan is not confirmable,
     the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: June 23, 2026
JAN: wdr

                              Jeanne Naughton
                              Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                    Case No. 25-17716-CMG

Robin Rene Fowler-Mirabeau                                                Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Jun 23, 2026 | Form ID: 185 | Total Noticed: 60 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robin Rene Fowler-Mirabeau, 189 Hollowbrook Drive, Trenton, NJ 08638-2339 |
| cr | + | Real Time Resolutions, Inc. as agent for RRA CP Op, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976 UNITED STATES 18976-3403 |
| cr | + | THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW, 1581 Main Street, Ste. 200, The Shops at Valley Square, Warrington, PA 18976 UNITED STATES 18976-3403 |
| 520754012 | + | AZZ Medical Associates, P.C., PO Box 1037, Pennington, NJ 08534-1037 |
| 520754011 | | Autolenders Liquidation Ctr of Princeton, 2568 Brunswick Pike, Lawrence Township, NJ 08648 |
| 520754013 | + | Bristol West Insurance Company, c/o Freeway Insurance Services AME, 7711 Center Ave., Ste 200, Huntington Beach, CA 92647-9124 |
| 520754014 | + | Capital Health, 750 Brunswick Avenue, Trenton, NJ 08638-4143 |
| 520754015 | + | Capital Health System, 750 Brunswich Avenue, Trenton, NJ 08638-4143 |
| 520754018 | | Chase Bank, Mail Code: OH1-1272, 340 S. Cleveland Ave., Bldg. 370, Etna, OH 43018 |
| 520754027 | + | Lawrenceville Neurology Center, PA, 3131 Princeton Pike STE 202, 2nd Floor, Lawrence Township, NJ 08648-2201 |
| 520754028 | | Lens Crafters, 130 Quaker Bridge Mall, Lawrence Township, NJ 08648 |
| 520754029 | + | Maaco, 1460 Prospect St, Trenton, NJ 08638-4800 |
| 520754035 | + | NJ Manufacturers Insurance, 301 Sullivan Way, Trenton, NJ 08628-3496 |
| 520754031 | + | New Jersey Law And Pub, 225 E State St, Trenton, NJ 08608-1800 |
| 520754032 | + | New Jersey Law And Pub, 225 E State St Ste 1, Trenton, NJ 08608-1800 |
| 520754034 | + | New York city, Department of Finance, Parking Violations/Collections Division, PO Box 3600, New York, NY 10008-3600 |
| 520754038 | | Pinnacle Credit Services LLC, Resurgent Capital Services, PO Box 10587, 00296-0300 |
| 520754040 | + | Princeton Radiology Associates, 419 N. Harrison Street, Princeton, NJ 08540-3594 |
| 520754044 | + | Public Service Electric and Gas, 80 Park Plz, Newark, NJ 07102-4109 |
| 520754053 | + | TLC Associates, 444 S. State Street, Bldg. A, Newtown, PA 18940-1945 |
| 520754052 | + | The Bank of New York Mellon, c/o Gross Polowy, LLC, 95 Mount Bethel Rd. Ste 3, Warren, NJ 07059-5169 |
| 520754055 | + | Vybe Urgent Care, Attn:#20165W, PO Box 14099, Belfast, ME 04915-4034 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 23 2026 20:58:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 23 2026 20:58:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: ebnnotifications@creditacceptance.com | Jun 23 2026 20:57:00 | Credit Acceptance Corporation, 25505 West 12 Mile Road, Southfield, MI 48034 |
| 520754007 | | Email/Text: ebn@americollect.com | Jun 23 2026 20:58:00 | Americollect, Po Box 1566, 1851 South Alverno Road, Manitowoc, WI 54221 |
| 520754006 | + | Email/Text: bankruptcynotices@aarons.com | Jun 23 2026 20:58:00 | Aaron's Sales & Lease, Attn: Bankruptcy, Po Box 100039, Kennesaw, GA 30156-9239 |

| | | | |
|---|---|---|---|
| 520770284 | + Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 23 2026 20:58:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 520754008 | + Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 23 2026 20:58:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 520754009 | + Email/Text: rperez@arcadiarecovery.com | Jun 23 2026 20:58:00 | Arcadia Recovery Bureau, Attn: Bankruptcy, 645 Penn Street 4th Fl, Reading, PA 19601-3559 |
| 520754010 | ^ MEBN | Jun 23 2026 20:52:13 | Arcadia Recovery Bureau, Attn: Bankruptcy, PO Box 6768, Reading, PA 19610-0768 |
| 520754016 | + Email/PDF: acg.coaf.ebn@aisinfo.com | Jun 23 2026 21:03:43 | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520759621 | + Email/PDF: acg.acg.ebn@aisinfo.com | Jun 23 2026 21:03:26 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520754017 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 23 2026 21:03:41 | Capital One Bank USA N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 520754019 | + Email/Text: documentfiling@lciinc.com | Jun 23 2026 20:57:00 | Comcast-Xfinity, 676 Island Pond Rd, Manchester, NH 03109-4840 |
| 520754020 | + Email/Text: ebnnotifications@creditacceptance.com | Jun 23 2026 20:57:00 | Credit Acceptance Corp., 25505 W. 12 Mile Rd., suite 3000, Southfield, MI 48034-8331 |
| 520754021 | + Email/Text: bankruptcy_notifications@ccsusa.com | Jun 23 2026 20:58:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 520754023 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 23 2026 21:03:19 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 520754024 | + Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 23 2026 20:58:00 | GM Financial, PO Box 183593, Arlington, TX 76096-3593 |
| 520754025 | ^ MEBN | Jun 23 2026 20:52:01 | Horizon, PO Box 820, Newark, NJ 07101-0820 |
| 520754026 | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 23 2026 20:57:00 | Internal Revenue Service, 955 South Springfield Avenue, Springfield, NJ 07081 |
| 520754030 | + Email/Text: nsm_bk_notices@mrcooper.com | Jun 23 2026 20:57:00 | Mr. Cooper, Attn: Bankruptcy Dept, P.O. Box 619094, Dallas, TX 75261-9094 |
| 520763188 | + Email/Text: legalcollections@njm.com | Jun 23 2026 20:58:00 | NEW JERSEY MANUFACTURERS INSURANCE COMPANY, 301 SULLIVAN WAY, WEST TRENTON, NJ 08628-3496 |
| 520754033 | + Email/Text: legalcollections@njm.com | Jun 23 2026 20:58:00 | New Jersey Manufacturer Insurance Co, 301 Sullivan Way, Trenton, NJ 08628-3496 |
| 520754039 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 23 2026 21:03:28 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 520754043 | ^ MEBN | Jun 23 2026 20:51:29 | PSE&G, Po Box 14444, New Brunswick, NJ 08906-4444 |
| 520754037 | ^ MEBN | Jun 23 2026 20:52:38 | Penn medicine, Patient Pay, PO Box 824406, Philadelphia, PA 19182-4406 |
| 520754041 | + Email/Text: Triage_Bankruptcy_Notices@progressive.com | Jun 23 2026 20:57:00 | Progressive, 651 Beta Drive, Cleveland, OH 44143-2318 |
| 520754042 | + Email/Text: Triage_Bankruptcy_Notices@progressive.com | Jun 23 2026 20:57:00 | Progressive Insurance, 6300 Wilson Mills Road, Cleveland, OH 44143-2182 |
| 520754045 | + Email/Text: bkdepartment@rtresolutions.com | Jun 23 2026 20:58:00 | Real Time Resolutions, 1349 Empire Central Drive STE 150, Dallas, TX 75247-4029 |
| 520811875 | + Email/Text: bkdepartment@rtresolutions.com | Jun 23 2026 20:58:00 | Real Time Resolutions, Inc., 1349 Empire Central Dr. Suite 1300, Dallas, TX 75247-4073 |

District/off: 0312-3 | User: admin | Page 3 of 4

Date Rcvd: Jun 23, 2026 | Form ID: 185 | Total Noticed: 60

| 520754046 | + Email/Text: bkdepartment@rtresolutions.com | Jun 23 2026 20:58:00 | Real Time Soluctions, 1349 Empire Central Drive, Suite 150, Dallas, TX 75247-4029 |
|---|---|---|---|
| 520754047 | + Email/Text: enotifications@santanderconsumerusa.com | Jun 23 2026 20:58:00 | Santander Consumer USA, PO Box 961245, Fort Worth, TX 76161-0244 |
| 520754049 | + Email/Text: bankruptcy@sunrisecreditservices.com | Jun 23 2026 20:57:00 | Sunrise Credit Services, Inc., Attn: Bankruptcy, 260 Airport Plaza, Farmingdale, NY 11735-3946 |
| 520768318 | + Email/PDF: ebn_ais@aisinfo.com | Jun 23 2026 21:03:00 | T Mobile/T-Mobile USA Inc, by AIS Infosource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520754050 | Email/Text: bankruptcy@td.com | Jun 23 2026 20:58:00 | TD Bank, N.A., Attn: Bankruptcy, 32 Chestnut Street Po Box 1377, Lewiston, ME 04243 |
| 520754051 | Email/Text: bankruptcy@td.com | Jun 23 2026 20:58:00 | TD Bank, NA, PO Box 84037, Columbus, GA 31908 |
| 520826425 | + Email/Text: nsm_bk_notices@mrcooper.com | Jun 23 2026 20:57:00 | THE BANK OF NEW YORK MELLON, C/O Nationstar Mortgage LLC, Attn: Bankruptcy Dept, PO Box 619096, Dallas TX 75261-9096 |
| 520958984 | + Email/Text: nsm_bk_notices@mrcooper.com | Jun 23 2026 20:57:00 | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, c/o Nationstar Mortgage LLC, Attn: Bankruptcy Dept., PO Box 619096, Dallas TX 75261-9096 |
| 520754054 | ^ MEBN | Jun 23 2026 20:52:24 | Tolls by mail payment processing center, PO Box 15183, Albany, NY 12212-5183 |

TOTAL: 38

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520754048 | | Sprint |
| 520754022 | ##+ | ERC, PO Box 57610, Jacksonville, FL 32241-7610 |
| 520754036 | ##+ | OptumRx, PO Box 9040, Carlsbad, CA 92018-9040 |

TOTAL: 1 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2026     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |

Candyce Ilene Smith-Sklar

on behalf of Debtor Robin Rene Fowler-Mirabeau njpalaw@gmail.com  r56958@notify.bestcase.com

Matthew K. Fissel

on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK as successor in interest to JP
Morgan Chase Bank  N.A. as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR6 Mortgage Pass-Throu
bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

Steven Eisenberg

on behalf of Creditor Real Time Resolutions  Inc. as agent for RRA CP Opportunity Trust 1 bkecf@sterneisenberg.com,
jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com

Steven Eisenberg

on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK as successor in interest to JP
Morgan Chase Bank  N.A. as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR6 Mortgage PassThroug
bkecf@sterneisenberg.com, jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com

Steven P. Kelly

on behalf of Creditor Real Time Resolutions  Inc. as agent for RRA CP Opportunity Trust 1 skelly@sterneisenberg.com,
bkecf@sterneisenberg.com

Steven P. Kelly

on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK as successor in interest to JP
Morgan Chase Bank  N.A. as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR6 Mortgage Pass-Throu
skelly@sterneisenberg.com, bkecf@sterneisenberg.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

William E. Craig

on behalf of Creditor Credit Acceptance Corporation wcraig@egalawfirm.com
mortoncraigecf@gmail.com;alapinski@egalawfirm.com


TOTAL: 9