**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

**1** Valuation of Security        **0** Assumption of Executory Contract or Unexpired Lease    **2** Lien Avoidance

**Last revised: November 14, 2023**

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY
### District of New Jersey

In Re:        **Robin Rene Fowler-Mirabeau**                    Case No.:                    **25-17716**

                                                                                                                    Judge:

                                    Debtor(s)

### CHAPTER 13 PLAN AND MOTIONS - AMENDED

☐ Original                                    ☒ Modified/Notice Required            Date:

☐ Motions Included                      ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE.

### YOUR RIGHTS WILL BE AFFECTED

The Court issued a separate Notice of the Hearing on Confirmation of Plan, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the Chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

> **The following matters may be of particular importance.** *Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.*

THIS PLAN:

☒ DOES ☐ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☒ DOES ☐ DOES NOT  LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY, AND SPECIFY: ☐ 7a/ ☐ 7b/ ☒ 7c.

☒ DOES ☐ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY, AND SPECIFY: ☒ 7a/ ☐ 7b/ ☐ 7c

Initial Debtor(s)' Attorney    **/s/ cis**        Initial Debtor:    **/s/ RRF**        Initial Co-Debtor

## Part 1:  Payment and Length of Plan

1

a. The debtor shall pay to the Chapter 13 Trustee $**935.00** monthly for **11** months starting on the first of the month following the filing of the petition. (If tier payments are proposed) : and then $**1,000.00** per month for **6** months; $**1,100.00** per month for **43** months, for a total of **60** months.

b. The debtor shall make plan payments to the Trustee from the following sources:
- ■ Future Earnings
- ☐ Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:
- ☐ Sale of real property
  Description:
  Proposed date for completion:  _____

- ☐ Refinance of real property:
  Description:
  Proposed date for completion:  _____

- ■ Loan modification with respect to mortgage encumbering property:
  Description:**Partial payments towards pre petition arrears pending the outcome of the loan modification**
  Proposed date for completion:  **Dec., 2026**  _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification. See also Part 4.

   ☐ If a Creditor filed a claim for arrearages, the arrearages ☐ will / ☐ will not be paid by the Chapter 13 Trustee pending an Order approving sale, refinance, or loan modification of the real property.

e. For debtors filing joint petition:
- ☐ Debtors propose to have the within Chapter 13 Case jointly administered. If any party objects to joint administration, an objection to confirmation must be timely filed. The objecting party must appear at confirmation to prosecute their objection.

Initial Debtor:  _____   Initial Co-Debtor:  _____

## Part 2:  Adequate Protection                               X  NONE

   a. Adequate protection payments will be made in the amount of $____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to ____ (creditor). (Adequate protection payments to be commenced upon order of the Court.)

   b. Adequate protection payments will be made in the amount of $____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: ____ (creditor).

## Part 3:  Priority Claims (Including Administrative Expenses)

   a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Name of Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $**2,500.00** |
| DOMESTIC SUPPORT OBLIGATION | | -NONE- |
| **Internal Revenue Service** | **Taxes and certain other debts** | **6,341.22** |
| **Internal Revenue Service** | **Taxes and certain other debts** | **0.00** |

b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:
- ■ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Name of Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|

## Part 4: Secured Claims

**a.** **Curing Default and Maintaining Payments on Principal Residence: ☐ NONE**

The Debtor will pay to the Trustee allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor monthly obligations due after the bankruptcy filing as follows:

| Name of Creditor | Collateral or Type of Debt (identify property and add street address, if applicable) | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor by Trustee | Regular Monthly Payment Direct to Creditor |
|---|---|---|---|---|---|
| **Mr. Cooper** | **189 Hollowbrook Drive Trenton, NJ 08638  Mercer County** | **41,512.29** | **0.00** | **41,512.29** | Debtor shall pay the regular monthly payment pursuant to the terms of the underlying loan documents unless otherwise ordered. |

**b.** **Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears: ■ NONE**

The Debtor will pay to the Trustee allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor monthly obligations due after the bankruptcy filing as follows:

| Name of Creditor | Collateral or Type of Debt (identify property and add street address, if applicable) | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor by Trustee | Regular Monthly Payment Direct to Creditor |
|---|---|---|---|---|---|

**c.** **Secured claims to be paid in full through the plan which are excluded from 11 U.S.C. 506: ■ NONE**

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral (identify property and add street address, if applicable) | Interest Rate | Amount of Claim | Total to be Paid Including Interest Calculation by Trustee |
|---|---|---|---|---|

**d.** **Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments ☐ NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES**
**the appropriate motion to be filed under Section 7 of the Plan.**

3

| Name of Creditor | Collateral (identify property and add street address, if applicable) | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid by Trustee |
|---|---|---|---|---|---|---|---|
| **Credit Acceptance Corp.** | **2018 Toyota Corolla 135000 miles** | **12,213.00** | **7,812.00** | **None** | **7,812.00** | **6.40** | **9,140.59** |

2.) Where the Debtor retains collateral and completes all Plan payments, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e.       Surrender ■ NONE**

Upon confirmation, the automatic stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 shall be terminated in all respects. The Debtor surrenders the following
collateral:

| Name of Creditor | Collateral to be Surrendered (identify property and add street address, if applicable) | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| | | | |

**f.       Secured Claims Unaffected by the Plan ■ NONE**

The following secured claims are unaffected by the Plan:

| Name of Creditor | Collateral (identify property and add street address, if applicable) |
|---|---|
| | |

**g.       Secured Claims to be Paid in Full Through the Plan: ■ NONE**

| Name of Creditor | Collateral (identify property and add street address, if applicable) | Amount | Interest Rate | Total Amount to be Paid through the plan by Trustee |
|---|---|---|---|---|

**Part 5:  Unsecured Claims            NONE**

**a.       Not separately classified**  allowed non-priority unsecured claims shall be paid:

☐          Not less than $____ to be distributed *pro rata*

☐          Not less than ___ percent

■          *Pro Rata* distribution from any remaining funds

**b.       Separately classified unsecured** claims shall be treated as follows:

| Name of Creditor | Basis for Separate Classification | Treatment | Amount to be Paid by Trustee |
|---|---|---|---|
| | | | |

**Part 6:  Executory Contracts and Unexpired Leases            X NONE**

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Name of Creditor | Arrears to be Cured and paid by Trustee | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment to be Paid Directly to Creditor by Debtor |
|---|---|---|---|---|

**Part 7:  Motions**          **NONE**

**NOTE: All plans containing motions must be served on all affected lienholders, together with local form, Notice of**
**Chapter 13 Plan Transmittal, within the time and in the manner set forth in D.N.J. LBR 3015-1. A Certification of Service, Notice of Chapter 13 Plan Transmittal, and valuation must be filed with the Clerk of Court when the plan and transmittal notice are served**

      a.     **Motion to Avoid Liens under 11 U.S.C. Section 522(f). ☐ NONE**

The Debtor moves to avoid the following liens that impair exemptions:

| Name of Creditor | Nature of Collateral (identify property and add street address, if applicable) | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| **New Jersey Manufacturer Insurance Co** | **2008 Suzuki SX4 Base** | **Judgment Lien** | **735.00** | **580.00** | **0.00** | **0.00** | **735.00** |
| **Real Time Resolutions** | **189 Hollowbrook Drive Trenton, NJ 08638 Mercer County** | | **67,862.53** | **270,000.00** | **0.00** | **285,950.32** | **67,862.53** |

      b.     **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured. ■ NONE**

          The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Name of Creditor | Collateral (identify property and add street address if applicable) | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|

      c.     **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.  ☐ NONE**

          The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Name of Creditor | Collateral (identify property and add street address if applicable) | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|

| Name of Creditor | Collateral (identify property and add street address if applicable) | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
| **Credit Acceptance Corp.** | **2018 Toyota Corolla 135000 miles** | **12,213.00** | **7,812.00** | **7,812.00** | **4,401.00** |

    d.        Where the Debtor retains collateral, upon completion of the Plan and issuance of the Discharge, affected Debtor may take all steps necessary to remove of record any lien or portion of any lien discharged.

## Part 8:  Other Plan Provisions

    **a.**      **Vesting of Property of the Estate**

■    Upon Confirmation
☐    Upon Discharge

    **b.**      **Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay**.**

    **c.**      **Order of Distribution**

The Trustee shall pay allowed claims in the following order:

1)    Chapter 13 Standing Trustee Fees, upon receipt of funds
2)    **Other Administrative Claims**
3)    **Secured Claims**
4)    **Lease Arrearages**
5)    **Priority Claims**
6)    **General Unsecured Claims**

    **d.**      **Post-Petition Claims**

The Trustee ☐ is, ■ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9:  Modification      NONE

NOTE: Modification of a plan does not require that a separate motion be filed. A modified plan must be served in accordance with D.N.J. LBR 3015-2.

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified:.

| |
|---|
| Explain below **why** the plan is being modified:<br>**modified plan to tier plan pending the outcome of a loan modification** |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ■ No

## Part 10 :  Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:

■ NONE

☐ Explain here:
Any non-standard provisions placed elsewhere in this plan are ineffective.

## Signatures

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to *Local Form, Chapter 13 Plan and Motions*.

I certify under penalty of perjury that the above is true.

Date:   **June 23, 2026**                          **/s/ Robin Rene Fowler-Mirabeau**

                                                   **Robin Rene Fowler-Mirabeau**
                                                   Debtor

Date:   _____                _____

                                                   Joint Debtor


Date    **June 23, 2026**                          **/s/ Candyce SMith-Sklar**

                                                   **Candyce SMith-Sklar**
                                                   Attorney for the Debtor(s)

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 25-17716-CMG

Robin Rene Fowler-Mirabeau                                                                 Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Jun 23, 2026 | Form ID: pdf901 | Total Noticed: 60 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^          Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##         Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robin Rene Fowler-Mirabeau, 189 Hollowbrook Drive, Trenton, NJ 08638-2339 |
| cr | + | Real Time Resolutions, Inc. as agent for RRA CP Op, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976 UNITED STATES 18976-3403 |
| cr | + | THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW, 1581 Main Street, Ste. 200, The Shops at Valley Square, Warrington, PA 18976 UNITED STATES 18976-3403 |
| 520754012 | + | AZZ Medical Associates, P.C., PO Box 1037, Pennington, NJ 08534-1037 |
| 520754011 | | Autolenders Liquidation Ctr of Princeton, 2568 Brunswick Pike, Lawrence Township, NJ 08648 |
| 520754013 | + | Bristol West Insurance Company, c/o Freeway Insurance Services AME, 7711 Center Ave., Ste 200, Huntington Beach, CA 92647-9124 |
| 520754014 | + | Capital Health, 750 Brunswick Avenue, Trenton, NJ 08638-4143 |
| 520754015 | + | Capital Health System, 750 Brunswich Avenue, Trenton, NJ 08638-4143 |
| 520754018 | | Chase Bank, Mail Code: OH1-1272, 340 S. Cleveland Ave., Bldg. 370, Etna, OH 43018 |
| 520754027 | + | Lawrenceville Neurology Center, PA, 3131 Princeton Pike STE 202, 2nd Floor, Lawrence Township, NJ 08648-2201 |
| 520754028 | | Lens Crafters, 130 Quaker Bridge Mall, Lawrence Township, NJ 08648 |
| 520754029 | + | Maaco, 1460 Prospect St, Trenton, NJ 08638-4800 |
| 520754035 | + | NJ Manufacturers Insurance, 301 Sullivan Way, Trenton, NJ 08628-3496 |
| 520754031 | + | New Jersey Law And Pub, 225 E State St, Trenton, NJ 08608-1800 |
| 520754032 | + | New Jersey Law And Pub, 225 E State St Ste 1, Trenton, NJ 08608-1800 |
| 520754034 | + | New York city, Department of Finance, Parking Violations/Collections Division, PO Box 3600, New York, NY 10008-3600 |
| 520754038 | | Pinnacle Credit Services LLC, Resurgent Capital Services, PO Box 10587, 00296-0300 |
| 520754040 | + | Princeton Radiology Associates, 419 N. Harrison Street, Princeton, NJ 08540-3594 |
| 520754044 | + | Public Service Electric and Gas, 80 Park Plz, Newark, NJ 07102-4109 |
| 520754053 | + | TLC Associates, 444 S. State Street, Bldg. A, Newtown, PA 18940-1945 |
| 520754052 | + | The Bank of New York Mellon, c/o Gross Polowy, LLC, 95 Mount Bethel Rd. Ste 3, Warren, NJ 07059-5169 |
| 520754055 | + | Vybe Urgent Care, Attn:#20165W, PO Box 14099, Belfast, ME 04915-4034 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 23 2026 20:58:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 23 2026 20:58:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: ebnnotifications@creditacceptance.com | Jun 23 2026 20:57:00 | Credit Acceptance Corporation, 25505 West 12 Mile Road, Southfield, MI 48034 |
| 520754007 | | Email/Text: ebn@americollect.com | Jun 23 2026 20:58:00 | Americollect, Po Box 1566, 1851 South Alverno Road, Manitowoc, WI 54221 |
| 520754006 | + | Email/Text: bankruptcynotices@aarons.com | Jun 23 2026 20:58:00 | Aaron's Sales & Lease, Attn: Bankruptcy, Po Box 100039, Kennesaw, GA 30156-9239 |

| 520770284 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | | |
| | | | Jun 23 2026 20:58:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 520754008 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | | |
| | | | Jun 23 2026 20:58:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 520754009 | + | Email/Text: rperez@arcadiarecovery.com | | |
| | | | Jun 23 2026 20:58:00 | Arcadia Recovery Bureau, Attn: Bankruptcy, 645 Penn Street 4th Fl, Reading, PA 19601-3559 |
| 520754010 | ^ | MEBN | | |
| | | | Jun 23 2026 20:52:15 | Arcadia Recovery Bureau, Attn: Bankruptcy, PO Box 6768, Reading, PA 19610-0768 |
| 520754016 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | | |
| | | | Jun 23 2026 21:03:28 | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520759621 | + | Email/PDF: acg.acg.ebn@aisinfo.com | | |
| | | | Jun 23 2026 21:02:52 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520754017 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | | Jun 23 2026 21:02:51 | Capital One Bank USA N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 520754019 | + | Email/Text: documentfiling@lciinc.com | | |
| | | | Jun 23 2026 20:57:00 | Comcast-Xfinity, 676 Island Pond Rd, Manchester, NH 03109-4840 |
| 520754020 | + | Email/Text: ebnnotifications@creditacceptance.com | | |
| | | | Jun 23 2026 20:57:00 | Credit Acceptance Corp., 25505 W. 12 Mile Rd., suite 3000, Southfield, MI 48034-8331 |
| 520754021 | + | Email/Text: bankruptcy_notifications@ccsusa.com | | |
| | | | Jun 23 2026 20:58:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 520754023 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | Jun 23 2026 21:03:21 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 520754024 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | | |
| | | | Jun 23 2026 20:58:00 | GM Financial, PO Box 183593, Arlington, TX 76096-3593 |
| 520754025 | ^ | MEBN | | |
| | | | Jun 23 2026 20:52:01 | Horizon, PO Box 820, Newark, NJ 07101-0820 |
| 520754026 | | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | | Jun 23 2026 20:57:00 | Internal Revenue Service, 955 South Springfield Avenue, Springfield, NJ 07081 |
| 520754030 | + | Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | | Jun 23 2026 20:57:00 | Mr. Cooper, Attn: Bankruptcy Dept, P.O. Box 619094, Dallas, TX 75261-9094 |
| 520763188 | + | Email/Text: legalcollections@njm.com | | |
| | | | Jun 23 2026 20:58:00 | NEW JERSEY MANUFACTURERS INSURANCE COMPANY, 301 SULLIVAN WAY, WEST TRENTON, NJ 08628-3496 |
| 520754033 | + | Email/Text: legalcollections@njm.com | | |
| | | | Jun 23 2026 20:58:00 | New Jersey Manufacturer Insurance Co, 301 Sullivan Way, Trenton, NJ 08628-3496 |
| 520754039 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Jun 23 2026 21:02:57 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 520754043 | ^ | MEBN | | |
| | | | Jun 23 2026 20:51:29 | PSE&G, Po Box 14444, New Brunswick, NJ 08906-4444 |
| 520754037 | ^ | MEBN | | |
| | | | Jun 23 2026 20:52:38 | Penn medicine, Patient Pay, PO Box 824406, Philadelphia, PA 19182-4406 |
| 520754041 | + | Email/Text: Triage_Bankruptcy_Notices@progressive.com | | |
| | | | Jun 23 2026 20:57:00 | Progressive, 651 Beta Drive, Cleveland, OH 44143-2318 |
| 520754042 | + | Email/Text: Triage_Bankruptcy_Notices@progressive.com | | |
| | | | Jun 23 2026 20:57:00 | Progressive Insurance, 6300 Wilson Mills Road, Cleveland, OH 44143-2182 |
| 520754045 | + | Email/Text: bkdepartment@rtresolutions.com | | |
| | | | Jun 23 2026 20:58:00 | Real Time Resolutions, 1349 Empire Central Drive STE 150, Dallas, TX 75247-4029 |
| 520811875 | + | Email/Text: bkdepartment@rtresolutions.com | | |
| | | | Jun 23 2026 20:58:00 | Real Time Resolutions, Inc., 1349 Empire Central Dr. Suite 1300, Dallas, TX 75247-4073 |

District/off: 0312-3 | User: admin | Page 3 of 4
Date Rcvd: Jun 23, 2026 | Form ID: pdf901 | Total Noticed: 60

| 520754046 | + Email/Text: bkdepartment@rtresolutions.com | Jun 23 2026 20:58:00 | Real Time Soluctions, 1349 Empire Central Drive, Suite 150, Dallas, TX 75247-4029 |
| 520754047 | + Email/Text: enotifications@santanderconsumerusa.com | Jun 23 2026 20:58:00 | Santander Consumer USA, PO Box 961245, Fort Worth, TX 76161-0244 |
| 520754049 | + Email/Text: bankruptcy@sunrisecreditservices.com | Jun 23 2026 20:57:00 | Sunrise Credit Services, Inc., Attn: Bankruptcy, 260 Airport Plaza, Farmingdale, NY 11735-3946 |
| 520768318 | + Email/PDF: ebn_ais@aisinfo.com | Jun 23 2026 21:03:31 | T Mobile/T-Mobile USA Inc, by AIS Infosource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520754050 | Email/Text: bankruptcy@td.com | Jun 23 2026 20:58:00 | TD Bank, N.A., Attn: Bankruptcy, 32 Chestnut Street Po Box 1377, Lewiston, ME 04243 |
| 520754051 | Email/Text: bankruptcy@td.com | Jun 23 2026 20:58:00 | TD Bank, NA, PO Box 84037, Columbus, GA 31908 |
| 520826425 | + Email/Text: nsm_bk_notices@mrcooper.com | Jun 23 2026 20:57:00 | THE BANK OF NEW YORK MELLON, C/O Nationstar Mortgage LLC, Attn: Bankruptcy Dept, PO Box 619096, Dallas TX 75261-9096 |
| 520958984 | + Email/Text: nsm_bk_notices@mrcooper.com | Jun 23 2026 20:57:00 | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, c/o Nationstar Mortgage LLC, Attn: Bankruptcy Dept., PO Box 619096, Dallas TX 75261-9096 |
| 520754054 | ^ MEBN | Jun 23 2026 20:52:25 | Tolls by mail payment processing center, PO Box 15183, Albany, NY 12212-5183 |

TOTAL: 38

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 520754048 | | Sprint |
| 520754022 | ##+ | ERC, PO Box 57610, Jacksonville, FL 32241-7610 |
| 520754036 | ##+ | OptumRx, PO Box 9040, Carlsbad, CA 92018-9040 |

TOTAL: 1 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2026          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Albert Russo | docs@russotrustee.com |

District/off: 0312-3                          User: admin                                                    Page 4 of 4

Date Rcvd: Jun 23, 2026                      Form ID: pdf901                                        Total Noticed: 60

Candyce Ilene Smith-Sklar

on behalf of Debtor Robin Rene Fowler-Mirabeau njpalaw@gmail.com  r56958@notify.bestcase.com

Matthew K. Fissel

on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK as successor in interest to JP
Morgan Chase Bank  N.A. as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR6 Mortgage Pass-Throu
bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

Steven Eisenberg

on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK as successor in interest to JP
Morgan Chase Bank  N.A. as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR6 Mortgage PassThroug
bkecf@sterneisenberg.com, jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com

Steven Eisenberg

on behalf of Creditor Real Time Resolutions  Inc. as agent for RRA CP Opportunity Trust 1 bkecf@sterneisenberg.com,
jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com

Steven P. Kelly

on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK as successor in interest to JP
Morgan Chase Bank  N.A. as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR6 Mortgage Pass-Throu
skelly@sterneisenberg.com, bkecf@sterneisenberg.com

Steven P. Kelly

on behalf of Creditor Real Time Resolutions  Inc. as agent for RRA CP Opportunity Trust 1 skelly@sterneisenberg.com,
bkecf@sterneisenberg.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

William E. Craig

on behalf of Creditor Credit Acceptance Corporation wcraig@egalawfirm.com
mortoncraigecf@gmail.com;alapinski@egalawfirm.com


TOTAL: 9