Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 25−17716−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Robin Rene Fowler−Mirabeau
189 Hollowbrook Drive
Trenton, NJ 08638

Social Security No.:
xxx−xx−3376

Employer's Tax I.D. No.:

---

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on August 27, 2026.

Dated: August 27, 2026
JAN: mjb

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re: Case No. 25-17716-CMG
Robin Rene Fowler-Mirabeau Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3 User: admin Page 1 of 4
Date Rcvd: Aug 27, 2026 Form ID: plncf13 Total Noticed: 64

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robin Rene Fowler-Mirabeau, 189 Hollowbrook Drive, Trenton, NJ 08638-2339 |
| cr | + | Real Time Resolutions, Inc. as agent for RRA CP Op, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976 UNITED STATES 18976-3403 |
| lm | + | Robin Rene Fowler-Mirabeau, 189 Hollowbrook Rd, Ewing, NJ 08638-2339 |
| cr | + | THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW, 1581 Main Street, Ste. 200, The Shops at Valley Square, Warrington, PA 18976 UNITED STATES 18976-3403 |
| 520754012 | + | AZZ Medical Associates, P.C., PO Box 1037, Pennington, NJ 08534-1037 |
| 520754011 | | Autolenders Liquidation Ctr of Princeton, 2568 Brunswick Pike, Lawrence Township, NJ 08648 |
| 520754013 | + | Bristol West Insurance Company, c/o Freeway Insurance Services AME, 7711 Center Ave., Ste 200, Huntington Beach, CA 92647-9124 |
| 520754014 | + | Capital Health, 750 Brunswick Avenue, Trenton, NJ 08638-4143 |
| 520754015 | + | Capital Health System, 750 Brunswich Avenue, Trenton, NJ 08638-4143 |
| 520754018 | | Chase Bank, Mail Code: OH1-1272, 340 S. Cleveland Ave., Bldg. 370, Etna, OH 43018 |
| 520754027 | + | Lawrenceville Neurology Center, PA, 3131 Princeton Pike STE 202, 2nd Floor, Lawrence Township, NJ 08648-2201 |
| 520754028 | | Lens Crafters, 130 Quaker Bridge Mall, Lawrence Township, NJ 08648 |
| 520754029 | + | Maaco, 1460 Prospect St, Trenton, NJ 08638-4800 |
| 520754035 | + | NJ Manufacturers Insurance, 301 Sullivan Way, Trenton, NJ 08628-3496 |
| 520754031 | + | New Jersey Law And Pub, 225 E State St, Trenton, NJ 08608-1800 |
| 520754032 | + | New Jersey Law And Pub, 225 E State St Ste 1, Trenton, NJ 08608-1800 |
| 520754034 | + | New York city, Department of Finance, Parking Violations/Collections Division, PO Box 3600, New York, NY 10008-3600 |
| 520754036 | + | OptumRx, PO Box 9040, Carlsbad, CA 92018-9040 |
| 520754038 | | Pinnacle Credit Services LLC, Resurgent Capital Services, PO Box 10587, 00296-0300 |
| 520754040 | + | Princeton Radiology Associates, 419 N. Harrison Street, Princeton, NJ 08540-3594 |
| 520754044 | + | Public Service Electric and Gas, 80 Park Plz, Newark, NJ 07102-4109 |
| 520754053 | + | TLC Associates, 444 S. State Street, Bldg. A, Newtown, PA 18940-1945 |
| 520754052 | + | The Bank of New York Mellon, c/o Gross Polowy, LLC, 95 Mount Bethel Rd. Ste 3, Warren, NJ 07059-5169 |
| 520754055 | + | Vybe Urgent Care, Attn:#20165W, PO Box 14099, Belfast, ME 04915-4034 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 27 2026 21:49:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 27 2026 21:49:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: ebnnotifications@creditacceptance.com | Aug 27 2026 21:48:00 | Credit Acceptance Corporation, 25505 West 12 Mile Road, Southfield, MI 48034 |
| 520754007 | | Email/Text: ebn@americollect.com | Aug 27 2026 21:49:00 | Americollect, Po Box 1566, 1851 South Alverno Road, Manitowoc, WI 54221 |
| 520754006 | + | Email/Text: bankruptcynotices@aarons.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Aug 27 2026 21:50:00 | Aaron's Sales & Lease, Attn: Bankruptcy, Po Box 100039, Kennesaw, GA 30156-9239 |
| 520770284 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 27 2026 21:49:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 520754008 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 27 2026 21:49:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 520754009 | + | Email/Text: rperez@arcadiarecovery.com | Aug 27 2026 21:49:00 | Arcadia Recovery Bureau, Attn: Bankruptcy, 645 Penn Street 4th Fl, Reading, PA 19601-3559 |
| 520754010 | ^ | MEBN | Aug 27 2026 21:41:23 | Arcadia Recovery Bureau, Attn: Bankruptcy, PO Box 6768, Reading, PA 19610-0768 |
| 520754016 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Aug 27 2026 21:46:17 | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520759621 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 27 2026 21:46:15 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520754017 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 27 2026 21:46:15 | Capital One Bank USA N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 520754019 | + | Email/Text: documentfiling@lciinc.com | Aug 27 2026 21:48:00 | Comcast-Xfinity, 676 Island Pond Rd, Manchester, NH 03109-4840 |
| 520754020 | + | Email/Text: ebnnotifications@creditacceptance.com | Aug 27 2026 21:48:00 | Credit Acceptance Corp., 25505 W. 12 Mile Rd., suite 3000, Southfield, MI 48034-8331 |
| 520754021 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Aug 27 2026 21:50:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 520754023 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 27 2026 21:45:37 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 520754024 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 27 2026 21:49:00 | GM Financial, PO Box 183593, Arlington, TX 76096-3593 |
| 520754025 | ^ | MEBN | Aug 27 2026 21:41:22 | Horizon, PO Box 820, Newark, NJ 07101-0820 |
| 520754026 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 27 2026 21:49:00 | Internal Revenue Service, 955 South Springfield Avenue, Springfield, NJ 07081 |
| 521315922 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 27 2026 21:49:00 | Jefferson Capital Systems LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 521315923 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 27 2026 21:49:00 | Jefferson Capital Systems LLC, PO Box 7999, St. Cloud, MN 56302-9617, Jefferson Capital Systems LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 520754030 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 27 2026 21:48:00 | Mr. Cooper, Attn: Bankruptcy Dept, P.O. Box 619094, Dallas, TX 75261-9094 |
| 520763188 | + | Email/Text: legalcollections@njm.com | Aug 27 2026 21:49:00 | NEW JERSEY MANUFACTURERS INSURANCE COMPANY, 301 SULLIVAN WAY, WEST TRENTON, NJ 08628-3496 |
| 520754033 | + | Email/Text: legalcollections@njm.com | Aug 27 2026 21:49:00 | New Jersey Manufacturer Insurance Co, 301 Sullivan Way, Trenton, NJ 08628-3496 |
| 520754039 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 27 2026 21:45:46 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 520754043 | ^ | MEBN | Aug 27 2026 21:40:57 | PSE&G, Po Box 14444, New Brunswick, NJ 08906-4444 |
| 520754037 | ^ | MEBN | Aug 27 2026 21:41:57 | Penn medicine, Patient Pay, PO Box 824406, Philadelphia, PA 19182-4406 |
| 520754041 | + | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Aug 27 2026 21:48:00 | Progressive, 651 Beta Drive, Cleveland, OH 44143-2318 |

| | | | | |
|---|---|---|---|---|
| 520754042 | + | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Aug 27 2026 21:48:00 | Progressive Insurance, 6300 Wilson Mills Road, Cleveland, OH 44143-2182 |
| 520754045 | + | Email/Text: bkdepartment@rtresolutions.com | Aug 27 2026 21:49:00 | Real Time Resolutions, 1349 Empire Central Drive STE 150, Dallas, TX 75247-4029 |
| 520811875 | + | Email/Text: bkdepartment@rtresolutions.com | Aug 27 2026 21:49:00 | Real Time Resolutions, Inc., 1349 Empire Central Dr. Suite 1300, Dallas, TX 75247-4073 |
| 520754046 | + | Email/Text: bkdepartment@rtresolutions.com | Aug 27 2026 21:49:00 | Real Time Soluctions, 1349 Empire Central Drive, Suite 150, Dallas, TX 75247-4029 |
| 520754047 | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 27 2026 21:49:00 | Santander Consumer USA, PO Box 961245, Fort Worth, TX 76161-0244 |
| 520754049 | + | Email/Text: bankruptcy@sunrisecreditservices.com | Aug 27 2026 21:48:00 | Sunrise Credit Services, Inc., Attn: Bankruptcy, 260 Airport Plaza, Farmingdale, NY 11735-3946 |
| 520768318 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 27 2026 21:46:17 | T Mobile/T-Mobile USA Inc, by AIS Infosource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520754050 | | Email/Text: bankruptcy@td.com | Aug 27 2026 21:49:00 | TD Bank, N.A., Attn: Bankruptcy, 32 Chestnut Street Po Box 1377, Lewiston, ME 04243 |
| 520754051 | | Email/Text: bankruptcy@td.com | Aug 27 2026 21:49:00 | TD Bank, NA, PO Box 84037, Columbus, GA 31908 |
| 520826425 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 27 2026 21:48:00 | THE BANK OF NEW YORK MELLON, C/O Nationstar Mortgage LLC, Attn: Bankruptcy Dept, PO Box 619096, Dallas TX 75261-9096 |
| 520958984 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 27 2026 21:48:00 | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, c/o Nationstar Mortgage LLC, Attn: Bankruptcy Dept., PO Box 619096, Dallas TX 75261-9096 |
| 520754054 | ^ | MEBN | Aug 27 2026 21:41:51 | Tolls by mail payment processing center, PO Box 15183, Albany, NY 12212-5183 |

TOTAL: 40

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520754048 | | Sprint |
| 520754022 | ##+ | ERC, PO Box 57610, Jacksonville, FL 32241-7610 |

TOTAL: 1 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Candyce Ilene Smith-Sklar | on behalf of Debtor Robin Rene Fowler-Mirabeau njpalaw@gmail.com r56958@notify.bestcase.com |
| Matthew K. Fissel | on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK as successor in interest to JP Morgan Chase Bank N.A. as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR6 Mortgage Pass-Throu bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Steven Eisenberg | on behalf of Creditor Real Time Resolutions Inc. as agent for RRA CP Opportunity Trust 1 bkecf@sterneisenberg.com, jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com |
| Steven Eisenberg | on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK as successor in interest to JP Morgan Chase Bank N.A. as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR6 Mortgage PassThroug bkecf@sterneisenberg.com, jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com |
| Steven P. Kelly | on behalf of Creditor Real Time Resolutions Inc. as agent for RRA CP Opportunity Trust 1 skelly@sterneisenberg.com, bkecf@sterneisenberg.com |
| Steven P. Kelly | on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK as successor in interest to JP Morgan Chase Bank N.A. as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR6 Mortgage Pass-Throu skelly@sterneisenberg.com, bkecf@sterneisenberg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Craig | on behalf of Creditor Credit Acceptance Corporation wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 9